| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>*ben@nexusbk.com*<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**TAUREAN E WRIGHT,**<br><br>              Debtor.<br><br><br><br><br><br><br><br>                                          Debtor(s). | CASE NO: **6:24-bk-11843-SY**<br><br>CHAPTER: **13**<br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>(with supporting declarations)<br><br>DATE: **April 16, 2025**<br>TIME: **9:30 AM**<br>COURTROOM:**302**<br>PLACE: **3420 Twelfth Street**<br>           **Riverside, CA 92501** |

**Movant: TAUREAN E WRIGHT**

1. NOTICE IS HEREBY GIVEN to **PHH Mortgage** (Secured Creditor/Lessor), trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. **Hearing Location:**

    ☐ 255 East Temple Street, Los Angeles, CA 90012    ☐ 411 West Fourth Street, Santa Ana, CA 92701
    ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101
    ☒ 3420 Twelfth Street, Riverside, CA 92501

3. a.  ☐ This Motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                 Page 1                                          **F 4001-1.IMPOSE.STAY.MOTION**

(or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

b. ☒ This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing. Any written response or evidence must be filed and served: ☒ at the hearing **OR** ☒ at least **0** days before the hearing.

    (1) ☒ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

    (2) ☐ An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon the appropriate creditor(s) and trustee, if any.

    (3) ☐ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4. You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date: **April 2, 2025**

**NEXUS BANKRUPTCY**
Printed name of law firm (if applicable)

**Benjamin Heston**
Printed name of individual Movant or attorney for Movant

**/s/Benjamin Heston**
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    **F 4001-1.IMPOSE.STAY.MOTION**

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant:** <u>TAUREAN E WRIGHT</u>

1. **The Property or Debt at Issue:**

    a. ☒ Movant moves for an order imposing a stay with respect to the following property (Property):

      ☐ Vehicle *(describe year, manufacturer, type, and model)*:
      Vehicle Identification Number:
      Location of vehicle *(if known)*:

      ☐ Equipment *(describe manufacturer, type, and characteristics)*:
      Serial number(s):

      Location *(if known)*:

      ☒ Other Personal Property *(describe type, identifying information, and location)*: **All personal property in which Debtor has an interest.**

      ☒ Real Property
      Street Address: **107 Cachanilla Ct**
      Apt./Suite No.:
      City, State, Zip Code: **Palm Desert, CA 92260**

      Legal description or document recording number(include county of recording):

      ☐ See attached continuation page

    The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) **PHH Mortgage** (PO Box 371458, Pittsburgh, PA 15250-7458) to secure the sum of approximately **$650,000** now owed. (Secured Creditor/Lessor). Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. (*Attach additional sheets as necessary*)

    b. ☐ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the <u>Secured Creditors/Lessors</u> as described in this motion; and/or

    c. ☐ Movant moves for an order **imposing a stay** <u>as to *all creditors*</u>.

    d. ☒ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the <u>Secured Creditor/Lessor</u>, and/or

    e. ☒ Movant moves for an order **continuing the automatic stay** <u>as to *all creditors*</u>.

2. **Case History:**

    a. ☒ A voluntary  ☐ An involuntary petition concerning an individual[s] under chapter  ☐ 7  ☐ 11  ☐ 12
      ☒ 13 was filed concerning the present case on *(specify date)*: **March 25, 2025**

    b. ☐ An Order of Conversion to Chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13 was entered on *(specify date)*:

    c. ☐ Plan was confirmed on *(specify date)*:

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*            Page 3            **F 4001-1.IMPOSE.STAY.MOTION**

d. ☒ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

   1. Case name: **In re Taurean E Wright**
      Case number: **6:24-bk-17273-SY**       Chapter: **13**
      Date Filed: **December 4, 2024**       Date dismissed: **December 30, 2024**
      Relief from stay re this Property    ☐ was    ☒ was not granted
      Reason for dismissal:

      **Dismissed for failure to file case commencement documents.**

   2. Case name:
      Case number:       Chapter:
      Date Filed:       Date dismissed:
      Relief from stay re this Property    ☐ was    ☐ was not granted
      Reason for dismissal:

      ☐ See attached continuation page

e. ☐ As of the date of this motion the Debtor ☐ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. §521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

f. ☒ The first date set for the meeting of creditors under 11 U.S.C §341(a) is/was **April 30, 2025** and the court ☐ has ☐ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2). The extended date *(if applicable)* is ___.

g. ☐ In a previous case(s), as of the date of dismissal there was:
   ☐ an action by the Secured Creditor/Lessor under 11 U.S.C. §362(d) still pending or
   ☐ such action had been resolved by an order terminating, conditioning, or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

a) 1. Property description/value: **107 Cachanilla Ct Palm Desert, CA 92260-3159**       **$1,100,000**
   2. Creditor/Lien amount: **PHH Mortgage**       **$650,000**
   3. Creditor/Lien amount:       $
   4. Creditor/Lien amount:       $
   5. Creditor/Lien amount:       $
   6. Creditor/Lien amount:       $
   7. Total Liens       **$650,000**
   8. Debtor's Homestead Exemption       **$615,000**
   9. Equity in the Property (subtract lines 7 and 8 from line 1 and enter here)       **($165,000)**

b) 1. Propery description/value: ___       $___
   2. Creditor/Lien amount: ___       $___
   3. Creditor/Lien amount: ___       $___
   4. Creditor/Lien amount: ___       $___
   5. Creditor/Lien amount:       $___
   6. Total Liens       $___
   7. Debtor's Homestead Exemption       $___
   8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)       $___

   ☐ See attached continuation page

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 4                                    **F 4001-1.IMPOSE.STAY.MOTION**

4. **Grounds for Continuing the Stay:**

   a. ☒ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

      1. ☒ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

         A. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

         B. ☒ Good faith is shown because:

            **Debtor filed the previous case without legal representation and did not understand the documents required to continue the case beyond the emergency filing. The dismissal of that case was not due to an inability or unwillingness to pay creditors, but rather a misunderstanding of the procedural requirements. Debtor has now retained counsel and filed the present case in full compliance with bankruptcy rules and procedures.**

            *See attached Declaration of Taurean E Wright*

            ☐ See attached continuation page

      2. ☒ The Property is of consequential value or benefit to the estate because:

         A. ☐ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached *(describe separately as to each property);*.

         B. ☒ The Property is necessary to a reorganization for the following reasons:

            **The Property is Debtor's residence and is inherently necessary for reorganization. <u>In re Elmore</u>, (BC CD CA 1988) 94 BR 670, 677.**

            ☐ See attached continuation page

         C. ☒ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection:)

            **The Debtor will be making post-petition payments. 11 U.S.C. §361(1).**

            **The Property has a substantial equity cushion. <u>In re Mellor</u>, (9th Cir. 1984) 734 F2d 1396, 1400; <u>Matter of Plaza Family Partnership</u>, (ED CA 1989) 95 BR 166, 171; <u>In re Helionetics, Inc.</u> (BCCD CA 1987) 70 BR 433, 440; <u>In re Southerton Corp.</u> (MD PA 1982) 46 BR 391, 399.**

            ☐ See attached continuation page

      3. ☒ The presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

         A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);

         B. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;

         C. ☒ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because:

            **Debtor's failure to file the required documents in the prior case was not a result of bad faith or financial inability but rather a lack of legal knowledge. He attempted to file a motion for**

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                           Page 5                                  **F 4001-1.IMPOSE.STAY.MOTION**

      **extension but did not understand what additional steps were necessary after the emergency petition.**

      ☐ See attached continuation page

D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

      ☐ See attached continuation page

E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

      ☐ See attached continuation page

F. ☒ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:

**Although the prior case was not dismissed for failure to make payments or any other financial circumstances, Debtor's financial affairs have since improved. He has secured stable employment as a salaried marketing director earning approximately $90,000 annually. His spouse has also begun a new job.**

*See attached Declaration of Taurean E Wright*

From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

      ☐ See attached continuation page

G. ☐ For the following additional reasons:

      ☐ See attached continuation page

4. ☒ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome in this case because

**Debtor's prior case was dismissed for procedural reasons, not for any misconduct or inability to fund a repayment plan. Debtor has since retained counsel, filed all necessary documents, and experienced a marked improvement in financial circumstances. Debtor's primary concern is ensuring that PHH Mortgage is paid in full so that he can keep his home.**

*See attached Declaration of Taurean E Wright*

      ☐ See attached continuation page

5. **Grounds for Imposing a Stay:**
   a. ☐ Pursuant to 11 U.S.C.§362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:

   1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

   2. ☐ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons: __.

         ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 6    **F 4001-1.IMPOSE.STAY.MOTION**

    3. ☐ The Secured Creditor/Lessor's interest can be adequately protected by *(describe Movant's proposal for adequate protection)*: __

       ☐ See attached continuation page

b. ☐ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

    1. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

    2. ☐ Good faith is shown because __

       ☐ See attached continuation page

c. ☐ The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

    1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows: __

       ☐ See attached continuation page

    2. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

    3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

       ☐ See attached continuation page

    4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

       ☐ See attached continuation page

    5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: __

      (from which the Court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

       ☐ See attached continuation page

    6. ☐ For the following additional reasons __

       ☐ See attached continuation page

    7. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(4)(D)(ii) is overcome in this case because __

       ☐ See attached continuation page

6. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto).*

   a. ☐ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　　　　　　　Page 7　　　　　　　　　**F 4001-1.IMPOSE.STAY.MOTION**

b. ☒ Other Declaration(s) are also attached in support of this Motion

c. ☐ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit __.

d. ☐ Other evidence *(specify)*: __

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following** *(specify forms of relief requested)*:

1. ☒ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

2. ☒ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☒ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☐ That a Stay be imposed as to all creditors until further order of the court.

5. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by *(specify proposed adequate protection)* __

8. ☐ For other relief requested, see attached continuation page.

Date: **April 2, 2025**    Respectfully submitted,

**Taurean E. Wright**
Movant Name
**Nexus Bankruptcy**
Firm Name of attorney for Movant (if applicable)

/s/Benjamin Heston
Signature
**Benjamin R Heston 297798**
Printed Name of Individual Movant or Attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 8    **F 4001-1.IMPOSE.STAY.MOTION**

**NEXUS BANKRUPTCY**
**BENJAMIN HESTON (297798)**
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| In re: | Case No: 6:25-bk-11843-SY |
|---|---|
| TAUREAN E WRIGHT, | Chapter 13 |
| Debtor. | **DECLARATION OF TAUREAN WRIGHT IN SUPPORT OF MOTION TO CONTINUE THE AUTOMATIC STAY** |

I, Taurean Wright, declare as follows:

1. I am the Debtor in this bankruptcy case. I have personal knowledge of all matters stated herein and if called to testify, I could competently testify thereto.

2. I previously filed a Chapter 13 bankruptcy case on December 5, 2024. That case was dismissed because I filed without an attorney and did not understand the necessary requirements to move my case forward. After filing the initial emergency petition, I did not know what additional documents needed to be filed, leading to the dismissal. The dismissal was not due to my financial circumstances but rather my lack of legal representation and misunderstanding of procedural requirements. Had the previous case been properly filed and handled correctly, I believe it likely would have been successfully confirmed.

3. Since the dismissal of my prior case, my financial circumstances have improved and I have retained an attorney to guide me through the bankruptcy process, ensuring

that my current case has been correctly filed with all required supporting documents.

4. My employment status has changed from hourly to a salaried position, increasing my income to approximately $90,000 per year. I am currently employed as the Marketing Director for Daily Grill Concepts, and I also work part-time bartending at the same restaurant, bringing in an additional $2,000 per month compared to my previous income.

5. My spouse, Jermaine Wright, has also experienced a positive income change. She was previously self-employed as a cheer coach and has recently taken on an additional job with an airline company.

6. I am fully committed to meeting all requirements of this bankruptcy case, adhering to the payment plan, and successfully completing the Chapter 13 process.

7. Accordingly, I respectfully request that the Court extend the automatic stay so we may proceed effectively with our bankruptcy plan, protect our home from foreclosure, and responsibly repay our creditors.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: April 2, 2025

_____
TAUREAN E. WRIGHT,
Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 2, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On **April 2, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| The Honorable Scott H. Yun<br>3420 Twelfth Street<br>Suite 345 / Courtroom 302<br>Riverside, CA 92501-3819 | PHH Mortgage<br>PO Box 371458<br>Pittsburgh, PA 15250 | PHH Mortgage<br>c/o CSC Lawyers Incorporating Service<br>as agent for service of process<br>2710 Gateway Oaks Drive<br>Sacramento, CA 95833 |
| Glen A Messina<br>CEO of PHH Mortgage<br>2000 Midlantic Drive, Suite 410-A<br>Mount Laurel, NJ 08054 | | |

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 2, 2025 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 9    **F 4001-1.IMPOSE.STAY.MOTION**




**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20241484704 |
| Date Filed: 8/16/2024 |

**Entity Details**

| | |
|---|---|
| Corporation Name | PHH MORTGAGE CORPORATION |
| Entity No. | 1289103 |
| Formed In | NEW JERSEY |

**Street Address of Principal Office of Corporation**

| | |
|---|---|
| Principal Address | 2000 MIDLANTIC DRIVE<br>SUITE 410-A<br>MOUNT LAUREL, NJ 08054 |

**Mailing Address of Corporation**

| | |
|---|---|
| Mailing Address | 1661 WORTHINGTON ROAD<br>SUITE 100<br>WEST PALM BEACH, FL 33409 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
|---|---|
| Street Address of California Office | None |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| GLEN A. MESSINA | 2000 MIDLANTIC DRIVE<br>SUITE 410-A<br>MOUNT LAUREL, NJ 08054 | Chief Executive Officer |
| Joseph J. Samarias | 2000 MIDLANTIC DRIVE<br>SUITE 410-A<br>MOUNT LAUREL, NJ 08054 | Secretary |
| Sean B. O'Neil | 2000 MIDLANTIC DRIVE<br>SUITE 410-A<br>MOUNT LAUREL, NJ 08054 | Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| None Entered | |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
|---|---|
| California Registered Corporate Agent (1505) | CSC - LAWYERS INCORPORATING SERVICE<br>Registered Corporate 1505 Agent |

**Type of Business**

| | |
|---|---|
| Type of Business | Mortgage Lending and Servicing |

**Email Notifications**

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

| | |
|---|---|
| Labor Judgment | |
| No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. | |
| Electronic Signature | |
| ☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign. | |
| *Stefanie Wagner* | *08/16/2024* |
| Signature | Date |

B2971-9023 08/16/2024 7:39 AM Received by California Secretary of State

**California**
*Secretary of State*

Business    UCC    Login

Home
Search
Forms
Help

# Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**Basic Search**

A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.

## PHH MORTGAGE CORPORATION (1289103)


Request Certificate

| | |
|---|---|
| Initial Filing Date | 10/28/1985 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | NEW JERSEY |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 2000 MIDLANTIC DRIVE SUITE 410-A MOUNT LAUREL, NJ 08054 |
| Mailing Address | 1661 WORTHINGTON ROAD SUITE 100 WEST PALM BEACH,FL33409 |
| Statement of Info Due Date | 10/31/2025 |
| Agent | 1505 Corporation CSC - LAWYERS INCORPORATING SERVICE |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | KOY SAECHAO 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA REBECCA VANG 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA ALEX JENKINS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA WENDY HARRIS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA MELISSA DEKOVEN 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA CRYSTAL RODRIGUEZ 2710 GATEWAY OAKS DRIVE SUITE 150N, SACRAMENTO, CA MADDIE BRIGHT 2710 GATEWAY OAKS DRIVE SUITE 150N, SACRAMENTO, CA JAE HALL 2710 GATEWAY OAKS DRIVE STE 150N, SACRAMENTO, CA |

Skip to main content




bizfile California Secretary of State

**Business** | UCC

Home
Search
Forms
Help

other than active.

*An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.*

**Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2) select Request Certificate in the right-hand detail drawer; and (3) complete your request online.

**phh mortgage** 🔍

Advanced ⌄

Results: 1

| Entity Information | Initial Filing Date | Status |
|---|---|---|
| PHH MORTGAGE CORPORATION (1289103) | 10/28/1985 | Active |

**PHH MORTGAGE CORPORATION (1289103)**

Request Certificate

| | |
|---|---|
| Initial Filing Date | 10/28/1985 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | NEW JERSEY |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 2000 MIDLANTIC DRIVE SUITE 410-A MOUNT LAUREL, NJ 08054 |
| Mailing Address | 1661 WORTHINGTON ROAD SUITE 100 WEST PALM BEACH, FL 33409 |
| Statement of Info Due Date | 10/31/2025 |
| Agent | 1505 Corporation CSC - LAWYERS INCORPORATING SERVICE |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | KOY SAECHAO 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>REBECCA VANG 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>ALEX JENKINS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>WENDY HARRIS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>MELISSA DEKOVEN 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>CRYSTAL RODRIGUEZ 2710 GATEWAY OAKS DRIVE SUITE 150N, SACRAMENTO, CA<br><br>MADDIE BRIGHT 2710 GATEWAY OAKS DRIVE SUITE 150N, SACRAMENTO, CA<br><br>JAE HALL 2710 GATEWAY OAKS DRIVE STE 150N, SACRAMENTO, CA |

© 2025 CA Secretary of State