UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

IN RE:                                                                                                CASE NO.: 25-11843
                                                                                                                                                         CHAPTER 13

Taurean E Wright,
  Debtor.

_____/

**REQUEST FOR SERVICE**

     **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2006-FLX1, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-FLX1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                      Robertson, Anschutz, Schneid & Crane LLP
                                      Attorney for Secured Creditor
                                      1 Park Plaza, Suite 600
                                      Irvine, CA 92614
                                      Telephone: 470-321-7112
                                      Facsimile: 404-393-1425

                                    By: /s/David Coats
                                        David Coats
                                        Email: dacoats@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 4, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

TAUREAN E WRIGHT
107 CACHANILLA CT
PALM DESERT, CA 92260-3159

And via electronic mail to:

NEXUS BANKRUPTCY
3090 BRISTOL STREET #400
COSTA MESA, CA 92626

ROD DANIELSON (TR)
3787 UNIVERSITY AVENUE
RIVERSIDE, CA 92501

UNITED STATES TRUSTEE (RS)
3801 UNIVERSITY AVENUE, SUITE 720
RIVERSIDE, CA 92501-3200

By: /s/ Amber Matas