| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>**Benjamin Heston (297798)**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Tel: 949.312.1377**<br>**Fax: 949.288.2054**<br>**ben@nexusbk.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>**Taurean E Wright**<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:25-bk-11843-SY<br>CHAPTER: 13 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  04/08/2025    Taurean E Wright                              /s/ Taurean E Wright
                     Printed name of Debtor 1                       Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                        F 1002-1.EMP.INCOME.DEC

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (<u>*Check only ONE box below*</u>):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                              Printed name of Debtor 2                    Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 1002-1.EMP.INCOME.DEC**

You have elected to receive an electronic copy only of your direct deposit vouchers. To change your preference, click here.

| Check Listings | Year-to-Date Totals | Processing Schedule |

2025

Print Pay Stub

| | Check | ↓ Check Date | Tax Profile | Net Pay | |
|---|---|---|---|---|---|
| ☐ | 645384271 | 03/28/2025 | CA/CA/CA(1) | $3,034.95 | ⌄ |
| ☐ | 641537581 | 03/14/2025 | CA/CA/CA(1) | $3,034.93 | ⌄ |
| ☐ | 637581906 | 02/28/2025 | CA/CA/CA(1) | $3,034.94 | ⌄ |
| ☐ | 633874425 | 02/14/2025 | CA/CA/CA(1) | $3,034.92 | ⌄ |
| ☐ | 630321655 | 01/31/2025 | CA/CA/CA(1) | $3,034.94 | ⌄ |
| ☐ | 626766627 | 01/17/2025 | CA/CA/CA(1) | $3,280.52 | ⌃ |

| Earnings | Rates | Hours/Units | Amount |
|---|---|---|---|
| Regular | | | $3,461.54 |
| Corporate Birthday Bonus | | | $346.15 |
| **Gross:** | | | **$3,807.69** |

| Taxes | Amount |
|---|---|
| Federal W/H(M) | $69.35 |
| Medicare | $55.21 |
| Social Security | $236.08 |
| California State W/H(H/0) | $120.84 |
| CaliforniaSDI Tax | $45.69 |
| **Total Taxes:** | **$527.17** |

| Deductions | Amount |
|---|---|
| **Total Deductions:** | **$0.00** |

| Net Pay | Amount |
|---|---|
| Direct Deposit Net Check | $3,280.52 |
| **Total Net Pay:** | **$3,280.52** |

| | Net Earnings | | Taxes | | Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| | $3,807.69 | − | $527.17 | − | $0.00 | = | $3,280.52 |

| | Total | $18,455.20 | ⌄ |

You have elected to receive an electronic copy only of your direct deposit vouchers. To change your preference, click here.

**Check Listings** | Year-to-Date Totals | Processing Schedule

2025

Print Pay Stub

| | Check | Check Date | Tax Profile | Net Pay | |
|---|---|---|---|---|---|
| ☐ | 645384271 | 03/28/2025 | CA/CA/CA(1) | $3,034.95 | ⌄ |
| ☐ | 641537581 | 03/14/2025 | CA/CA/CA(1) | $3,034.93 | ⌄ |
| ☐ | 637581906 | 02/28/2025 | CA/CA/CA(1) | $3,034.94 | ⌄ |
| ☐ | 633874425 | 02/14/2025 | CA/CA/CA(1) | $3,034.92 | ⌄ |
| ☐ | 630321655 | 01/31/2025 | CA/CA/CA(1) | $3,034.94 | ⌃ |

| Earnings | Rates | Hours/Units | Amount |
|---|---|---|---|
| Regular | | | $3,461.54 |
| **Gross:** | | | **$3,461.54** |

| Taxes | | | Amount |
|---|---|---|---|
| Federal W/H(M) | | | $27.81 |
| Medicare | | | $50.19 |
| Social Security | | | $214.61 |
| California State W/H(H/0) | | | $92.45 |
| CaliforniaSDI Tax | | | $41.54 |
| **Total Taxes:** | | | **$426.60** |

| Deductions | | | Amount |
|---|---|---|---|
| **Total Deductions:** | | | **$0.00** |

| Net Pay | | | Amount |
|---|---|---|---|
| Direct Deposit Net Check | | | $3,034.94 |
| **Total Net Pay:** | | | **$3,034.94** |

| | Net Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| | $3,461.54 − | $426.60 − | $0.00 = | $3,034.94 |

| ☐ | 626766627 | 01/17/2025 | CA/CA/CA(1) | $3,280.52 | ⌄ |
|---|---|---|---|---|---|
| | | | Total | $18,455.20 | ⌄ |

You have elected to receive an electronic copy only of your direct deposit vouchers. To change your preference, click here.

| Check Listings | Year-to-Date Totals | Processing Schedule |
|---|---|---|

2025

Print Pay Stub

| | Check | Check Date | Tax Profile | Net Pay | |
|---|---|---|---|---|---|
| ☐ | 645384271 | 03/28/2025 | CA/CA/CA(1) | $3,034.95 | ⌄ |
| ☐ | 641537581 | 03/14/2025 | CA/CA/CA(1) | $3,034.93 | ⌄ |
| ☐ | 637581906 | 02/28/2025 | CA/CA/CA(1) | $3,034.94 | ⌄ |
| ☐ | 633874425 | 02/14/2025 | CA/CA/CA(1) | $3,034.92 | ⌃ |

| Earnings | Rates | Hours/Units | Amount |
|---|---|---|---|
| Regular | | | $3,461.54 |
| **Gross:** | | | **$3,461.54** |

| Taxes | | | Amount |
|---|---|---|---|
| Federal W/H(M) | | | $27.81 |
| Medicare | | | $50.20 |
| Social Security | | | $214.62 |
| California State W/H(H/0) | | | $92.45 |
| CaliforniaSDI Tax | | | $41.54 |
| **Total Taxes:** | | | **$426.62** |

| Deductions | | | Amount |
|---|---|---|---|
| **Total Deductions:** | | | **$0.00** |

| Net Pay | | | Amount |
|---|---|---|---|
| Direct Deposit Net Check | | | $3,034.92 |
| **Total Net Pay:** | | | **$3,034.92** |

| | Net Earnings | | Taxes | | Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| | $3,461.54 | − | $426.62 | − | $0.00 | = | $3,034.92 |

| | Check | Check Date | Tax Profile | Net Pay | |
|---|---|---|---|---|---|
| ☐ | 630321655 | 01/31/2025 | CA/CA/CA(1) | $3,034.94 | ⌄ |
| ☐ | 626766627 | 01/17/2025 | CA/CA/CA(1) | $3,280.52 | ⌄ |
| | | | Total | $18,455.20 | ⌄ |

| | Check | Check Date | Tax Profile | Net Pay | |
|---|---|---|---|---|---|
| | 645384271 | 03/28/2025 | CA/CA/CA(1) | $3,034.95 | |
| | 641537581 | 03/14/2025 | CA/CA/CA(1) | $3,034.93 | |
| | 637581906 | 02/28/2025 | CA/CA/CA(1) | $3,034.94 | |

| Earnings | Rates | Hours/Units | Amount |
|---|---|---|---|
| Regular | | | $3,461.54 |
| **Gross:** | | | **$3,461.54** |

| Taxes | | | Amount |
|---|---|---|---|
| Federal W/H(M) | | | $27.81 |
| Medicare | | | $50.19 |
| Social Security | | | $214.61 |
| California State W/H(H/0) | | | $92.45 |
| CaliforniaSDI Tax | | | $41.54 |
| **Total Taxes:** | | | **$426.60** |

| Deductions | Amount |
|---|---|
| **Total Deductions:** | **$0.00** |

| Net Pay | Amount |
|---|---|
| Direct Deposit Net Check | $3,034.94 |
| **Total Net Pay:** | **$3,034.94** |

| | Net Earnings $3,461.54 | – | Taxes $426.60 | – | Deductions $0.00 | = | Net Pay $3,034.94 |
|---|---|---|---|---|---|---|---|

| | 633874425 | 02/14/2025 | CA/CA/CA(1) | $3,034.92 | |
|---|---|---|---|---|---|

| Earnings | Rates | Hours/Units | Amount |
|---|---|---|---|
| Regular | | | $3,461.54 |
| **Gross:** | | | **$3,461.54** |

| Taxes | | | Amount |
|---|---|---|---|
| Federal W/H(M) | | | $27.81 |
| Medicare | | | $50.20 |
| Social Security | | | $214.62 |
| California State W/H(H/0) | | | $92.45 |
| CaliforniaSDI Tax | | | $41.54 |
| **Total Taxes:** | | | **$426.62** |

| Deductions | Amount |
|---|---|
| **Total Deductions:** | **$0.00** |

| Net Pay | Amount |
|---|---|
| Direct Deposit Net Check | $3,034.92 |
| **Total Net Pay:** | **$3,034.92** |

| | Net Earnings $3,461.54 | – | Taxes $426.62 | – | Deductions $0.00 | = | Net Pay $3,034.92 |
|---|---|---|---|---|---|---|---|

| | 630321655 | 01/31/2025 | CA/CA/CA(1) | $3,034.94 | |
| | 626766627 | 01/17/2025 | CA/CA/CA(1) | $3,280.52 | |
| | | | Total | $18,455.20 | |

| | Check Listings | Year-to-Date Totals | Processing Schedule | | |

2025

Print Pay Stub

| | Check | ↓ Check Date | Tax Profile | Net Pay | |
|---|---|---|---|---|---|
| ☐ | 645384271 | 03/28/2025 | CA/CA/CA(1) | $3,034.95 | ⌄ |
| ☐ | 641537581 | 03/14/2025 | CA/CA/CA(1) | $3,034.93 | ⌃ |

| Earnings | Rates | Hours/Units | Amount |
|---|---|---|---|
| Regular | | | $3,461.54 |
| Gross: | | | $3,461.54 |

| Taxes | Amount |
|---|---|
| Federal W/H(M) | $27.81 |
| Medicare | $50.19 |
| Social Security | $214.62 |
| California State W/H(H/0) | $92.45 |
| CaliforniaSDI Tax | $41.54 |
| Total Taxes: | $426.61 |

| Deductions | Amount |
|---|---|
| Total Deductions: | $0.00 |

| Net Pay | Amount |
|---|---|
| Direct Deposit Net Check | $3,034.93 |
| Total Net Pay: | $3,034.93 |

| | Net Earnings $3,461.54 | − | Taxes $426.61 | − | Deductions $0.00 | = | Net Pay $3,034.93 |

| ☐ | 637581906 | 02/28/2025 | CA/CA/CA(1) | $3,034.94 | ⌃ |
|---|---|---|---|---|---|

| Earnings | Rates | Hours/Units | Amount |
|---|---|---|---|
| Regular | | | $3,461.54 |
| Gross: | | | $3,461.54 |

| Taxes | Amount |
|---|---|
| Federal W/H(M) | $27.81 |
| Medicare | $50.19 |
| Social Security | $214.61 |
| California State W/H(H/0) | $92.45 |
| CaliforniaSDI Tax | $41.54 |
| Total Taxes: | $426.60 |

| Deductions | Amount |
|---|---|
| Total Deductions: | $0.00 |

| Net Pay | Amount |
|---|---|
| Direct Deposit Net Check | $3,034.94 |
| Total Net Pay: | $3,034.94 |

| | Net Earnings $3,461.54 | − | Taxes $426.60 | − | Deductions $0.00 | = | Net Pay $3,034.94 |

| ☐ | 633874425 | 02/14/2025 | CA/CA/CA(1) | $3,034.92 | ⌃ |
|---|---|---|---|---|---|

| Earnings | Rates | Hours/Units | Amount |
|---|---|---|---|
| Regular | | | $3,461.54 |
| Gross: | | | $3,461.54 |

| Taxes | Amount |
|---|---|
| Federal W/H(M) | $27.81 |
| Medicare | $50.20 |
| Social Security | $214.62 |
| California State W/H(H/0) | $92.45 |
| CaliforniaSDI Tax | $41.54 |
| Total Taxes: | $426.62 |

| Deductions | Amount |
|---|---|
| Total Deductions: | $0.00 |

| Net Pay | Amount |
|---|---|
| Direct Deposit Net Check | $3,034.92 |
| Total Net Pay: | $3,034.92 |

| | Net Earnings $3,461.54 | − | Taxes $426.62 | − | Deductions $0.00 | = | Net Pay $3,034.92 |

| ☐ | 630321655 | 01/31/2025 | CA/CA/CA(1) | $3,034.94 | ⌄ |
|---|---|---|---|---|---|
| ☐ | 626766627 | 01/17/2025 | CA/CA/CA(1) | $3,280.52 | ⌄ |
| | | | Total | $18,455.20 | ⌄ |

You have elected to receive an electronic copy only of your direct deposit vouchers. To change your preference, click here.

**Check Listings** | Year-to-Date Totals | Processing Schedule

2025

📄 Print Pay Stub

| | Check | Check Date | Tax Profile | Net Pay | |
|---|---|---|---|---|---|
| ☐ | 645384271 | 03/28/2025 | CA/CA/CA(1) | $3,034.95 | ˄ |

| Earnings | Rates | Hours/Units | Amount |
|---|---|---|---|
| Regular | | | $3,461.54 |
| **Gross:** | | | **$3,461.54** |

| Taxes | | | Amount |
|---|---|---|---|
| Federal W/H(M) | | | $27.81 |
| Medicare | | | $50.19 |
| Social Security | | | $214.61 |
| California State W/H(H/0) | | | $92.45 |
| CaliforniaSDI Tax | | | $41.53 |
| **Total Taxes:** | | | **$426.59** |

| Deductions | | | Amount |
|---|---|---|---|
| **Total Deductions:** | | | **$0.00** |

| Net Pay | | | Amount |
|---|---|---|---|
| Direct Deposit Net Check | | | $3,034.95 |
| **Total Net Pay:** | | | **$3,034.95** |

| | Net Earnings | | Taxes | | Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| | $3,461.54 | − | $426.59 | − | $0.00 | = | $3,034.95 |

| | Check | Check Date | Tax Profile | Net Pay | |
|---|---|---|---|---|---|
| ☐ | 641537581 | 03/14/2025 | CA/CA/CA(1) | $3,034.93 | ˅ |
| ☐ | 637581906 | 02/28/2025 | CA/CA/CA(1) | $3,034.94 | ˅ |
| ☐ | 633874425 | 02/14/2025 | CA/CA/CA(1) | $3,034.92 | ˅ |
| ☐ | 630321655 | 01/31/2025 | CA/CA/CA(1) | $3,034.94 | ˅ |
| ☐ | 626766627 | 01/17/2025 | CA/CA/CA(1) | $3,280.52 | ˅ |
| | | | Total | $18,455.20 | ˅ |



DATE: 2025 - 02 - 05
YYYY   MM   DD

***** 72 DOLLARS AND 19 CENTS    ***** 72.19

Taurean Wright
107 Cochanilla Ct
Palm Desert, CA 92260

Re: Pacifica Cliffhouse

**Employer:** Pacifica Cliffhouse LP - 78250 Highway 111 La Quinta CA 92253 USA
**Employee Name:** Taurean Wright
**SSN:** XXX-XX-1699
**Payroll Period:** Thu Jan 16, 2025 to Fri Jan 31, 2025

Net Pay: $72.19

|  | | Current Period | | | | Year to Date | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Rate | Hours | Earning | Deduction | Benefit | Earnings/Deductions | Benefit | Hours |
| Regular Pay: Bartender | $16.50 | 4.80 | $79.20 | - | - | $79.20 | - | 4.80 |
| Vacation Payout | - | - | - | - | - | - | - | - |
| Federal Income Tax | - | - | - | - | - | - | - | - |
| FICA Tax | - | - | - | $4.91 | - | $193.70 | - | - |
| Medicare Tax | - | - | - | $1.15 | - | $45.31 | - | - |
| CA State Disability Insurance | - | - | - | $0.95 | - | $37.49 | - | - |
| Regular Pay: MGR | - | - | - | - | - | $2,607.75 | - | 104.31 |
| Overtime Pay: MGR | - | - | - | - | - | $137.25 | - | 3.66 |
| Meal Break Penalty | - | - | - | - | - | $300.00 | - | 12.00 |
| CA State Tax | - | - | - | - | - | $47.66 | - | - |
| Total | - | 4.80 | $79.20 | $7.01 | - | $2,800.04 | - | - |

**Other Details:**

| Sick Leave | CA Bereavement |
| --- | --- |
| Hours | Hours |
| Current Earned: 0.00 hrs | Current Earned: 0.00 hrs |
| Current Taken: 0.00 hrs | Current Taken: 0.00 hrs |
| Balance: 40.00 hrs | Balance: 40.00 hrs |



DATE: 2025 - 02 - 20
YYYY MM DD

***** 978.12

***** 978 DOLLARS AND 12 CENTS

Taurean Wright
107 Cochanilla Ct
Palm Desert, CA 92260

Re: Pacifica Cliffhouse

**Employer:** Pacifica Cliffhouse LP - 78250 Highway 111 La Quinta CA 92253 USA
**Employee Name:** Taurean Wright
**SSN:** XXX-XX-1699
**Payroll Period:** Sat Feb 1, 2025 to Sat Feb 15, 2025

Net Pay: $978.12

| | | | Current Period | | | Year to Date | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earning | Deduction | Benefit | Earnings/ Deductions | Benefit | Hours |
| Regular Pay: Bartender | $16.50 | 23.32 | $384.78 | - | - | $463.98 | - | 28.12 |
| Indirect Cash Tips | - | - | $671.93 | - | - | $671.93 | - | - |
| BNQ Banquet Earnings | - | - | $26.67 | - | - | $26.67 | - | - |
| Vacation Payout | - | - | - | - | - | - | - | - |
| Federal Income Tax | - | - | - | - | - | - | - | - |
| FICA Tax | - | - | - | $67.17 | - | $260.87 | - | - |
| Medicare Tax | - | - | - | $15.71 | - | $61.02 | - | - |
| CA State Tax | - | - | - | $9.38 | - | $57.04 | - | - |
| CA State Disability Insurance | - | - | - | $13.00 | - | $50.49 | - | - |
| Regular Pay: MGR | - | - | - | - | - | $2,607.75 | - | 104.31 |
| Overtime Pay: MGR | - | - | - | - | - | $137.25 | - | 3.66 |
| Meal Break Penalty | - | - | - | - | - | $300.00 | - | 12.00 |
| Total | - | 23.32 | $1,083.38 | $105.26 | - | $3,778.16 | - | - |

**Other Details:**

| Sick Leave | | CA Bereavement | |
|---|---|---|---|
| Hours | | Hours | |
| Current Earned: | 0.00 hrs | Current Earned: | 0.00 hrs |
| Current Taken: | 0.00 hrs | Current Taken: | 0.00 hrs |
| Balance: | 40.00 hrs | Balance: | 40.00 hrs |



```
DATE:  2025  - 03  - 05
       YYYY   MM   DD
```

***** 885.39

***** 885 DOLLARS AND 39 CENTS

Taurean Wright
107 Cochanilla Ct
Palm Desert, CA 92260

Re: Pacifica Cliffhouse

**Employer:** Pacifica Cliffhouse LP - 78250 Highway 111 La Quinta CA 92253 USA
**Employee Name:** Taurean Wright
**SSN:** XXX-XX-1699
**Payroll Period:** Sun Feb 16, 2025 to Fri Feb 28, 2025

**Net Pay: $885.39**

|  | | Current Period | | | | Year to Date | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earning | Deduction | Benefit | Earnings/Deductions | Benefit | Hours |
| Regular Pay: Bartender | $16.50 | 20.05 | $330.83 | - | - | $794.81 | - | 48.17 |
| Direct Cash Tips | - | - | $325.00 | - | - | $325.00 | - | - |
| Indirect Cash Tips | - | - | $674.81 | - | - | $1,346.74 | - | - |
| BNQ Banquet Earnings | - | - | $13.33 | - | - | $40.00 | - | - |
| Vacation Payout | - | - | - | - | - | - | - | - |
| Federal Income Tax | - | - | - | - | - | - | - | - |
| FICA Tax | - | - | - | $83.33 | - | $344.20 | - | - |
| Medicare Tax | - | - | - | $19.49 | - | $80.51 | - | - |
| CA State Tax | - | - | - | $14.63 | - | $71.67 | - | - |
| CA State Disability Insurance | - | - | - | $16.13 | - | $66.62 | - | - |
| Regular Pay: MGR | - | - | - | - | - | $2,607.75 | - | 104.31 |
| Overtime Pay: MGR | - | - | - | - | - | $137.25 | - | 3.66 |
| Meal Break Penalty | - | - | - | - | - | $300.00 | - | 12.00 |
| Deduction: Direct Cash Tips Deduction | - | - | - | $325.00 | - | $325.00 | - | - |
| **Total** | - | 20.05 | $1,343.97 | $458.58 | - | $4,663.55 | - | - |

**Other Details:**

| | Sick Leave | CA Bereavement |
|---|---|---|
| | Hours | Hours |
| Current Earned: | 0.00 hrs | 0.00 hrs |
| Current Taken: | 0.00 hrs | 0.00 hrs |
| Balance: | 40.00 hrs | 40.00 hrs |



DATE: 2025 - 03 - 20
YYYY MM DD

***** 1,436 DOLLARS AND 6 CENTS          ***** 1,436.06

Taurean Wright
107 Cochanilla Ct
Palm Desert, CA 92260

Re: Pacifica Cliffhouse

**Employer:** Pacifica Cliffhouse LP - 78250 Highway 111 La Quinta CA 92253 USA
**Employee Name:** Taurean Wright
**SSN:** XXX-XX-1699
**Payroll Period:** Sat Mar 1, 2025 to Sat Mar 15, 2025

**Net Pay: $1,436.06**

|  |  |  | Current Period |  |  | Year to Date |  |  |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earning | Deduction | Benefit | Earnings/ Deductions | Benefit | Hours |
| Regular Pay: Bartender | $16.50 | 32.88 | $542.52 | - | - | $1,337.33 | - | 81.05 |
| Overtime Pay: Bartender | $24.75 | 0.13 | $3.22 | - | - | $3.22 | - | 0.13 |
| Meal Break Penalty | $16.50 | 1.00 | $16.50 | - | - | $316.50 | - | 13.00 |
| Indirect Cash Tips | - | - | $1,103.74 | - | - | $2,450.48 | - | - |
| Direct Cash Tips | - | - | $550.00 | - | - | $875.00 | - | - |
| Vacation Payout | - | - | - | - | - | - | - | - |
| Federal Income Tax | - | - | - | - | - | - | - | - |
| FICA Tax | - | - | - | $137.39 | - | $481.59 | - | - |
| Medicare Tax | - | - | - | $32.13 | - | $112.64 | - | - |
| CA State Tax | - | - | - | $33.81 | - | $105.48 | - | - |
| CA State Disability Insurance | - | - | - | $26.59 | - | $93.21 | - | - |
| Regular Pay: MGR | - | - | - | - | - | $2,607.75 | - | 104.31 |
| Overtime Pay: MGR | - | - | - | - | - | $137.25 | - | 3.66 |
| BNQ Banquet Earnings | - | - | - | - | - | $40.00 | - | - |
| Deduction: Direct Cash Tips Deduction | - | - | - | $550.00 | - | $875.00 | - | - |
| Total | - | 34.01 | $2,215.98 | $779.92 | - | $6,099.61 | - | - |

**Other Details:**

| Sick Leave | CA Bereavement |
|---|---|
| Hours | Hours |
| Current Earned: 0.00 hrs | Current Earned: 0.00 hrs |
| Current Taken: 0.00 hrs | Current Taken: 0.00 hrs |
| Balance: 40.00 hrs | Balance: 40.00 hrs |



DATE: 2025 - 04 - 04
YYYY MM DD

***** 1,431 DOLLARS AND 17 CENTS

***** 1,431.17

Taurean Wright
107 Cochanilla Ct
Palm Desert, CA 92260

Re: Pacifica Cliffhouse

**Employer:** Pacifica Cliffhouse LP - 78250 Highway 111 La Quinta CA 92253 USA
**Employee Name:** Taurean Wright
**SSN:** XXX-XX-1699
**Payroll Period:** Sun Mar 16, 2025 to Mon Mar 31, 2025

**Net Pay: $1,431.17**

| Description | Rate | Hours | Current Period Earning | Deduction | Benefit | Year to Date Earnings/Deductions | Benefit | Hours |
|---|---|---|---|---|---|---|---|---|
| Regular Pay: Bartender | $16.50 | 34.11 | $562.82 | - | - | $1,900.15 | - | 115.16 |
| Indirect Cash Tips | - | - | $981.12 | - | - | $3,431.60 | - | - |
| BNQ Banquet Earnings | - | - | $110.35 | - | - | $150.35 | - | - |
| Direct Cash Tips | - | - | $500.00 | - | - | $1,375.00 | - | - |
| Vacation Payout | - | - | - | - | - | - | - | - |
| Federal Income Tax | - | - | - | - | - | - | - | - |
| FICA Tax | - | - | - | $133.57 | - | $615.16 | - | - |
| Medicare Tax | - | - | - | $31.24 | - | $143.88 | - | - |
| CA State Tax | - | - | - | $32.46 | - | $137.94 | - | - |
| CA State Disability Insurance | - | - | - | $25.85 | - | $119.06 | - | - |
| Regular Pay: MGR | - | - | - | - | - | $2,607.75 | - | 104.31 |
| Overtime Pay: MGR | - | - | - | - | - | $137.25 | - | 3.66 |
| Meal Break Penalty | - | - | - | - | - | $316.50 | - | 13.00 |
| Overtime Pay: Bartender | - | - | - | - | - | $3.22 | - | 0.13 |
| Deduction: Direct Cash Tips Deduction | - | - | - | $500.00 | - | $1,375.00 | - | - |
| **Total** | - | 34.11 | $2,154.29 | $723.12 | - | $7,530.78 | - | - |

**Other Details:**

| | Sick Leave Hours | CA Bereavement Hours |
|---|---|---|
| Current Earned: | 0.00 hrs | 0.00 hrs |
| Current Taken: | 0.00 hrs | 0.00 hrs |
| Balance: | 40.00 hrs | 40.00 hrs |