# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Wednesday, April 16, 2025**     **Hearing Room**    **302**

**9:30 AM**
**6:25-11843**    Taurean E Wright    **Chapter 13**

Telephonic Hearing

#16.00  Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate

**ST**

Benjamin Heston to appear by telephone (949)312-1377  —debtor

Docket    8

**Matter Notes:**

GRANTED: ✓    on creditors' service    DENIED: _____

APO: _____

CONT'D. TO: _____

WITHDRAWN: _____

ORDER LODGED BY: B. Heston

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

## Party Information

**Debtor(s):**

    Taurean E Wright      Represented By
         Benjamin Heston

**Movant(s):**

    Taurean E Wright      Represented By