# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Tuesday, May 27, 2025**　　　　　　　　　　　　　　　　　　　　　　　Hearing Room　302

<u>1:30 PM</u>
**6:25-11843**　　**Taurean E Wright**　　　　　　　　　　　　　　　　　　　　　　**Chapter 13**

<u>Telephonic Hearing</u>

#27.00　Confirmation of Chapter 13 Plan

**Susan Luong to appear by telephone (626)616-5008** ✓ *debtor*
**Benjamin Heston to appear by telephone (949)312-1377** — *debtor*
**Jean Baranowski to appear by telephone (760)333-7499** ✓ *objecting party*

Docket　12

**Matter Notes:**

**Consent Calendar**

(　) **Confirmed** per trustee's recommendation - Plan provisions: % to pay _____

Duration _____

Payment $_____

(✓) **Continued to** 6-10-25 at 1:30 p.m.

　　**341(a)** _____ at 9:00 a.m.

(　) **Objection** to plan:　(　) Withdrawn　(　) Sustained　(　) Overruled

(　) **Case Dismissed**

　　(　) without prejudice　(　) Under § 109(g)

　　(　) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
　- NONE LISTED -

**Party Information**