**NEXUS BANKRUPTCY**
**BENJAMIN HESTON (297798)**
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| In re: | **Case No: 6:25-bk-11843-SY** |
|---|---|
| TAUREAN E WRIGHT, | **Chapter 13** |
| Debtor. | **WITHDRAWAL OF:**<br>**NOTICE OF HEARING AND OBJECTION**<br>**TO CLAIM OF JEAN BARANOWSKI**<br>**(Claim 9)** |

  Debtor Taurean E. Wright, by and through his undersigned counsel, hereby withdraws the **Objection to Claim of Jean Baranowski (Claim 9)** that was previously filed on June 9, 2025 as **Docket #32**. The objection is being withdrawn to allow for refiling using the appropriate event code in the Court's electronic filing system.

Date: June 10, 2025

/s/Benjamin Heston
BENJAMIN HESTON
Attorney for Debtor