**NEXUS BANKRUPTCY**
**BENJAMIN HESTON (297798)**
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>TAUREAN E WRIGHT,<br><br>    Debtor. | Case No: 6:25-bk-11843-SY<br><br>Chapter 13<br><br>**WITHDRAWAL OF:**<br>**NOTICE OF HEARING AND OBJECTION TO CLAIM OF THE INTERNAL REVENUE SERVICE (Claim 1)** |

Debtor Taurean E. Wright, by and through his undersigned counsel, hereby withdraws the **Objection to Claim of the Internal Revenue Service (Claim 1)** that was previously filed on June 9, 2025 as **Docket #34**. The objection is being withdrawn to allow for refiling using the appropriate event code in the Court's electronic filing system.

Date: June 10, 2025                                         /s/Benjamin Heston
                                                                          BENJAMIN HESTON
                                                                          Attorney for Debtor