**United States Bankruptcy Court**
**Central District of California**
Riverside
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

| | |
|---|---|
| **Tuesday, June 10, 2025** | **Hearing Room 302** |

**1:30 PM**
**6:25-11843**    **Taurean E Wright**    **Chapter 13**

Telephonic Hearing

#19.00    CONT'D Confirmation of Chapter 13 Plan

**FR. 5/27/25**

Susan Luong to appear by telephone (626)616-5008 ✓
Benjamin Heston to appear by telephone (949)312-1377 — *debtor*
Jean Baranowski to appear by telephone (760)333-7499 — *objects part*

Docket    31

**Matter Notes:**

**Consent Calendar**

( ) **Confirmed** per trustee's recommendation - Plan provisions: % to pay _____

Duration _____

Payment $_____

(✓) **Continued to** _7-15-25_ at 1:30 p.m.

341(a) _____ at 9:00 a.m.

( ) **Objection** to plan:    ( ) Withdrawn    ( ) Sustained    ( ) Overruled

( ) **Case Dismissed**

( ) without prejudice    ( ) Under § 109(g)

( ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
- NONE LISTED -

# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, June 10, 2025**             **Hearing Room**    **302**

---

<u>1:30 PM</u>
**CONT...**     **Taurean E Wright**                                                           **Chapter 13**

**Party Information**

**Debtor(s):**

    Taurean E Wright                           Represented By
                                                          Benjamin Heston

**Trustee(s):**

    Rod Danielson (TR)                      Pro Se