# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

| | |
|---|---|
| **Tuesday, July 15, 2025** | **Hearing Room 302** |

**1:30 PM**

**6:25-11843    Taurean E Wright**    Chapter 13

#44.00    Debtor's Motion to Disallow Claim #9
Filed by Jean Baranowski

Docket    40

*** VACATED ***    REASON: COUNSEL'S REPEATED FAILURE TO COMPLY WITH LBR 5005-2(d)

**Matter Notes:**

- NONE LISTED -

**Tentative Ruling:**

THE HEARING ON THIS MATTER IS VACATED DUE TO COUNSEL'S REPEATED FAILURE TO COMPLY WITH LBR 5005-2(d). Counsel has repeatedly failed to provide mandatory judge's copies. Multiple warnings have been given. Yet, no judge's copy was provided for the current matter. Counsel must re-notice the hearing to the court's next available chapter 13 hearing date that provides adequate notice to creditors. If the confirmation hearing is not re-noticed within 7 days confirmation will be denied and the case will be dismissed without further notice.

### Party Information

**Debtor(s):**

Taurean E Wright    Represented By
                    Benjamin Heston

**Movant(s):**

Taurean E Wright    Represented By
                    Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)    Pro Se