# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Tuesday, July 15, 2025**                                                            **Hearing Room    302**

**1:30 PM**
**6:25-11843    Taurean E Wright**                                                           **Chapter 13**

                                    Telephonic Hearing

#45.00    CONT'D Confirmation of Chapter 13 Plan

FR. 5/27/25; 6/10/25

Susan J Luong to appear by telephone (626)616-5008   *debtor*
Benjamin Heston to appear by telephone (949)312-1377   *Deutsche Bank*
Keith Higginbotham to appear by telephone (213)840-7800   *creditor*
Jean Baranowski to appear by telephone (760)333-7499

Docket    52

**Matter Notes:**

                                    **Consent Calendar**_____

( ) **Confirmed** per trustee's recommendation - Plan provisions: % to pay _____

                                    Duration _____

                                    Payment $_____

(✓) **Continued to** _8-26-25_ at 1:30 p.m.

    341(a)    _____ at 9:00 a.m.

( ) **Objection** to plan:    ( ) Withdrawn    ( ) Sustained    ( ) Overruled

( ) **Case Dismissed**

        ( ) without prejudice    ( ) Under § 109(g)

        ( ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**

# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, July 15, 2025**                                          **Hearing Room**   **302**

1:30 PM
**CONT...**     **Taurean E Wright**                                                **Chapter 13**
  - NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Taurean E Wright                         Represented By
                                         Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                       Pro Se