**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>TAUREAN E WRIGHT,<br><br>Debtors. | Case No.: 6:25-bk-11843-SY<br><br>Chapter 13<br><br>**NOTICE OF CONTINUANCE OF CONFIRMATION HEARING**<br><br>**Hearing:**<br>Date: August 26, 2025<br>Time: 1:30 PM<br>Courtroom: 302 |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Confirmation Hearing has been continued to August 26, 2025 at 1:30 PM in courtroom 302 of the United States Bankruptcy Court - Riverside Division, located at 342 Twelfth Street, Riverside, CA 92501.

                        **NEXUS BANKRUPTCY**

Date: July 19, 2025
                        /s/Benjamin Heston
                        BENJAMIN HESTON,
                        Attorney for Debtor

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUANCE OF CONFIRMATION HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/19/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David Coats    dacoats@raslg.com
Rod Danielson (TR)    notice-efile@rodan13.com
Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
Sean C Ferry    sferry@raslg.com, sean.ferry7@ecf.courtdrive.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 7/19/2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Scott H. Yun
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501-3819

Jean Baranowski
78-365 Highway 111 Ste 123
La Quinta, CA 92253

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/19/2025 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**Aidvantage / Department of Education**
PO Box 300001
Greenville, TX 75403-3001

**Best Egg**
PO Box 42912
Philadelphia, PA 19101-2912

**Capital One**
PO Box 31293
Salt Lake City, UT 84131-0293

**Capital One Auto Finance**
PO Box 60511
City Industry, CA 91716-0511

**Capital One N.A. by AIS InfoSource LP as agent**
PO Box 71083
Charlotte, NC 28272-1083

**Cherry Technology**
2261 Market St PMB 4869
San Francisco, CA 94114-1612

**Citibank / Macy's**
PO Box 6789
Sioux Falls, SD 57117-6789

**Comenity Capital / Big O Tires**
PO Box 183003
Columbus, OH 43218-3003

**Comenity Capital / Saks 5th Ave**
PO Box 183003
Columbus, OH 43218-3003

**Comenity Capital / Victoria's Secret**
PO Box 182273
Columbus, OH 43218-2273

**Employment Development Dept. Bankruptcy Group MIC 92E**
PO Box 826880
Sacramento, CA 94280-0001

**Franchise Tax Board Personal Bankruptcy MS A340**
PO Box 2952
Sacramento, CA 95812-2952

**IC System**
444 Highway 96 E
Saint Paul, MN 55127-2557

**Internal Revenue Service Centralized Insolvency Operation**
PO Box 7346
Philadelphia, PA 19101-7346

**Jefferson Capital Systems LLC**
PO Box 7999
St. Cloud, MN 56302-9617

**LVNV Funding, LLC - Resurgent Capital Services, LP**
PO Box 10587
Greenville, SC 29603

**PHH Mortgage**
PO Box 371458
Pittsburgh, PA 15250-7458

**PHH Mortgage Corporation Bankruptcy Department**
PO Box 24605
West Palm Beach, FL 33416-4605

**Quantum3 Group LLC as agent for Comenity Capital Bank**
PO Box 788
Kirkland, WA 98083-0788

**Resurgent Receivables, LLC - Resurgent Capital Services**
PO Box 10587
Greenville, SC 29603-0587

**SunPower**
PO Box 91910
Sioux Falls, SD 57109-1910

**Synchrony / TJX**
PO Box 71737
Philadelphia, PA 19176-1737

**Synchrony / Venmo**
PO Box 71737
Philadelphia, PA 19176-1737

**TD Bank / Nordstrom**
PO Box 6555
Englewood, CO 80155-6555