**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>TAUREAN E WRIGHT,<br><br>Debtors. | Case No.: 6:25-bk-11843-SY<br><br>Chapter 13<br><br>**NOTICE OF CONTINUANCE OF OBJECTION TO CLAIM #9**<br><br>**Hearing:**<br>Date: August 26, 2025<br>Time: 1:30 PM<br>Courtroom: 302 |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Hearing on the Objection to Claim #9 has been continued to August 26, 2025, 2025 at 1:30 PM in courtroom 302 of the United States Bankruptcy Court - Riverside Division, located at 342 Twelfth Street, Riverside, CA 92501.

                                                  **NEXUS BANKRUPTCY**

Date: July 19, 2025                             /s/Benjamin Heston
                                                  BENJAMIN HESTON,
                                                  Attorney for Debtor