# United States Bankruptcy Court
## Central District of California
Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

Tuesday, August 26, 2025      Hearing Room    302

1:30 PM
6:25-11843    **Taurean E Wright**      Chapter 13

Telephonic Hearing

#41.00    CONT'D Debtor's Motion to Disallow Claim #9
Filed by Jean Baranowski

FR. 7/15/25

**Susan Luong to appear by telephone (626)616-5008** — *debtor*
**Benjamin Heston to appear by telephone (949)312-1377** — *claimant*
**Jean Baranowski to appear by telephone (760)333-7499**

Docket    40

**Matter Notes:**
GRANTED: ✓ *in part and denied in part*    DENIED: _____

CONT'D. TO: _____

     Briefing filed: _____

     Opposition filed: _____

     Reply filed: _____

*$83,915 allowed for unpaid rent*

WITHDRAWN: _____

     Order Lodged by: *B. Heston*

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|