**United States Bankruptcy Court**
**Central District of California**
Riverside
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

**Tuesday, August 26, 2025**                                                               **Hearing Room**    **302**

<u>1:30 PM</u>
**6:25-11843**    **Taurean E Wright**                                                                     **Chapter 13**

<u>Telephonic Hearing</u>

#42.00    CONT'D Confirmation of Chapter 13 Plan

FR. 5/27/25; 6/10/25; 7/15/25

Susan Luong to appear by telephone (626)616-5008 — *debtor*
Benjamin Heston to appear by telephone (949)312-1377 — *creditor*
Jean Baranowski to appear by telephone (760)333-7499 — *creditor*
Nathan A Berneman to appear by telephone (818)292-1158 — *Deutsche Bank*

Docket    52

**Matter Notes:**

**Consent Calendar** _____

(  ) **Confirmed** per trustee's recommendation - Plan provisions: % to pay _____

Duration _____

Payment $ _____
(✓) **Continued to** ~~~~ 10-7-25 at 1:30 p.m.

341(a) _____ at 9:00 a.m.

(  ) **Objection** to plan:   (  ) Withdrawn    (  ) Sustained    (  ) Overruled

(  ) **Case Dismissed**

    (  ) without prejudice    (  ) Under § 109(g)

    (  ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**

# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

| Tuesday, August 26, 2025 | Hearing Room 302 |

**1:30 PM**
**CONT...**   Taurean E Wright                                                                 Chapter 13
- NONE LISTED -

### Party Information

**Debtor(s):**

Taurean E Wright                        Represented By
                                        Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                      Pro Se