| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>NEXUS BANKRUPTCY<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 10 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Mason  **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -RIVERSIDE DIVISION**

| In re:<br><br>TAUREAN E WRIGHT,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:25-bk-11843-SY<br><br>CHAPTER: 13<br><br>**ORDER ON OBJECTIONS TO CLAIMS**<br><br>DATE: August 26, 2025<br>TIME: 1:30 PM<br>COURTROOM: 302<br>PLACE: 3420 Twelfth Street<br>           Riverside, CA 92501 |
|---|---|

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

*(**NOTES FOR USE OF THIS FORM**: List claims in ascending numerical order based upon the clerk's claim number. Use a separate box below for each claim. Attach as many continuation pages as are necessary.)*

///

///

///

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*            Page 1            F 3007-1.1.ORDER.OBJ.CLAIM

| | | |
|---|---|---|
| Calendar Number: 41 | Claim Number: 9 | Claim Amount: $533,915.00 |

Claimant Name: Jean Baranowski

☐ Disallowed   ☒ Allowed   ☒ Unsecured: $83,915   ☐ Priority: $

Comments: The claim is allowed in part and disallowed in part. The claim for past due rent is allowed in the amount of $83,915. All other amounts claimed by the creditor are disallowed.

###

Date: September 10, 2025

*Scott H. Yun*
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 3007-1.1.ORDER.OBJ.CLAIM**