United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-11843-SY |
| Taurean E Wright | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 10, 2025 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Taurean E Wright, 107 Cachanilla Ct, Palm Desert, CA 92260-3159 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 12, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Taurean E Wright bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David Coats | on behalf of Creditor Deutsche Bank National Trust Company dacoats@raslg.com |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Sean C Ferry | on behalf of Creditor Deutsche Bank National Trust Company sferry@raslg.com sean.ferry7@ecf.courtdrive.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

District/off: 0973-6 User: admin Page 2 of 2
Date Rcvd: Sep 10, 2025 Form ID: pdf042 Total Noticed: 1
TOTAL: 7

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>NEXUS BANKRUPTCY<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>*ben@nexusbk.com*<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 10 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Mason **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -RIVERSIDE DIVISION**

| In re:<br><br>TAUREAN E WRIGHT,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:25-bk-11843-SY<br><br>CHAPTER: 13<br><br>**ORDER ON OBJECTIONS TO CLAIMS**<br><br>DATE: August 26, 2025<br>TIME: 1:30 PM<br>COURTROOM: 302<br>PLACE: 3420 Twelfth Street<br>         Riverside, CA 92501 |
|---|---|

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

(**NOTES FOR USE OF THIS FORM**:  List claims in ascending numerical order based upon the clerk's claim number.  Use a separate box below for each claim.  Attach as many continuation pages as are necessary.)

///

///

///

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                     Page 1                              F 3007-1.1.ORDER.OBJ.CLAIM

| | | |
|---|---|---|
| Calendar Number: 41 | Claim Number: 9 | Claim Amount: $533,915.00 |
| Claimant Name: Jean Baranowski | | |
| ☐ Disallowed  ☒ Allowed | ☒ Unsecured: $83,915 | ☐ Priority: $ |
| Comments: The claim is allowed in part and disallowed in part. The claim for past due rent is allowed in the amount of $83,915. All other amounts claimed by the creditor are disallowed. | | |

###

Date: September 10, 2025

Scott H. Yun
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    F 3007-1.1.ORDER.OBJ.CLAIM