**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| In re: | Case No.: 6:25-bk-11843-SY |
|---|---|
| TAUREAN E WRIGHT, | Chapter 13 |
| Debtors. | **STIPULATION AND REQUEST TO CONTINUE CONFIRMATION HEARING**<br><br>**Hearing:**<br>Date: October 7, 2025<br>Time: 1:30 PM<br>Courtroom: 302 |

    Debtor, by and through counsel, Benjamin Heston, and Deutsche Bank National Trust Company ("Lender"), by and through its counsel, David Coats, respectfully request and stipulate as follows:

1. The Confirmation Hearing on Debtor's Fourth Amended Chapter 13 Plan is presently scheduled for October 7, 2025 at 1:30 p.m.

2. Due to the fact that the mortgage is currently in the name of Jean Baranowski, Counsel for the Lender is currently working to provide Debtor with the application necessary to assume the mortgage secured by the Debtor's Real Property. Once completed, the mortgage assumption will not only resolve most of the Lender's concerns, but also many of the concerns and objections raised by Jean Baranowski.

3. The under-signed parties agree that additional time of approximately 45 days is needed to allow Debtor to pursue and finalize the proposed assumption.

1

4. Furthermore, on September 22, 2025, Jean Baranowski reached out to Debtor's Counsel to request additional time to submit her objection to confirmation. Debtor Counsel tentatively agreed to an extension to September 29, 2025, with the understanding that Debtor would retain an opportunity to reply by September 30, 2025, if necessary. Counsel further informed Ms. Baranowski that a continuance of the confirmation hearing was being sought and that, if granted, her objection would not be due until 14 days prior to the continued hearing date.

5. Accordingly, the requested continuance will benefit all parties in interest, including the Debtor, Lender, and Ms. Baranowski.

6. For these reasons, it is respectfully requested that the Court continue the Confirmation Hearing for a period of approximately 45 days.

Respectfully Submitted,

**NEXUS BANKRUPTCY**

Date: September 23, 2025

/s/Benjamin Heston
BENJAMIN HESTON,
Attorney for Debtor

**ROBERTSON, ANSCHUTZ, SCHNEID, & CRANE, LLP**

Date: September 23, 2025

DAVID COATS,
Attorney for Creditor,
Deutsche Bank National Trust Company

2