1 | Sean C. Ferry (SBN 310347)
2 | sferry@raslg.com
  | **ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**
3 | 1 Park Plaza, Suite 600
  | Irvine, CA 92614
4 | Telephone: (470) 321-7112

CASE 6-25-BK- - 11843-SY

5 | Attorneys for Creditor
  | Deutsche Bank National Trust Company As Trustee For
6 | INDYMAC INDX Mortgage Loan Trust 2006-Flx1,
  | Mortgage Pass-Through Certificates Series 2006-Flx1

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

11 | In re
12 | Taurean E Wright
13 |       Debtor.

Case No. 6:25-bk-11843-SY    EXHIBITS

Chapter 13

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION**

**SUBJECT PROPERTY:**
107 CACHANILLA CT
PALM DESERT California 92260

**CONFIRMATION HEARING:**
DATE:   May 27, 2025
TIME:   01:30 PM
PLACE:  3420 Twelfth St.,
        Riverside, CA 92501
CTRM:   302
JUDGE:  Scott H. Yun

Deutsche Bank National Trust Company As Trustee For INDYMAC INDX Mortgage Loan Trust 2006-Flx1, Mortgage Pass-Through Certificates Series 2006-Flx1, by and through its authorized loan servicing agent, PHH Mortgage (collectively the "**Creditor**"), secured creditor of the above-entitled debtor, Sionita C Angeles ("**Debtor**"),

This objection shall not constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding Robertson, Anschutz, Schneid & Crane, LLP's participation in this proceeding. Moreover, the within party does not authorize Robertson, Anschutz, Schneid & Crane, LLP, either expressly or impliedly through Robertson, Anschutz, Schneid & Crane, LLP's participation in this proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

- 1 -     CASE NO.   6:25-BK-11843-SY
OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGNAIZATION

DOCS RELATED TO SIONITA ANGELES
FILED WITH THE COURT - FRAUD

(16)

hereby objects to confirmation of the Chapter 13 Plan filed by the Debtor in the above-referenced matter. The basis of the objection is stated below: 1

## I. STATEMENT OF FACTS

On or about July 5, 2006, Debtor executed a promissory note in the original principal sum of $645,000.00 (the "Note") which was made payable to Franklin Financial, A Corporation ("Lender"). The Note was and remains secured by a recorded deed of trust (the "Deed of Trust") encumbering the real property located at 107 Cachanilla Ct, Palm Desert, CA 92260 (the "Subject Property"). Subsequently, Lender's beneficial interest under the Deed of Trust was transferred to Creditor.

On March 25, 2025, Debtor filed the instant Chapter 13 bankruptcy petition in the United States Bankruptcy Court for the Central District of California - Riverside Division, and was assigned case number 6:25-bk-11843-SY.

On April 8, 2025, Debtor filed his Chapter 13 Plan ("Plan") which provides for Creditor's claim in Class 2. The plan isn't feasible. Schedule J provides for ongoing monthly payments of $2300, even though ongoing payments are actually $3564.64, a difference of $1264.64. Pre-petition arrears are $107,050.53, which translates to payments of $1,784.18/month. The total additional ongoing payments + arrears payment per month is $3,048.82. Debtor's net income is only $2,097.19.

## II. ARGUMENT

**A.   DEBTOR'S CHAPTER 13 PLAN CANNOT BE CONFIRMED IT IS NOT FEASIBLE**

---

2 Pursuant to Rules 201(b) and 201(d) of the Federal Rules of Evidence, which are made applicable to this proceeding by Rule 9017 of Federal Rules of Bankruptcy Procedure, Creditor requests that the Court take judicial notice of the sworn bankruptcy schedules and other relevant documents filed in the instant case

- 2 -                       CASE NO.   6:25-BK-11843-SY
**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGNAIZATION**

(b)1

Case 6:25-bk-11843-SY    Doc 23    Filed 05/13/25    Entered 05/13/25 15:32:12    Desc
Main Document    Page 3 of 4

11 U.S.C. §1325(a)(6) requires a debtor to be able to make all plan payments and to comply with the terms set forth in the plan. A reviewing court should confirm a plan only if it appears under all circumstances that the plan has a reasonable likelihood of success. In re Craig, 112 B.R. 224, 225 (Bankr. N.D. Ohio 1990) (citing In re Anderson, 28 B.R. 628, 630 (Bankr. S.D. Ohio 1982).

In the present case, with Creditor's pre-petition arrears anticipated at the amount of $116,213.21 but the Plan is providing for arrearage of $110,000.00. However, Debtor's Plan as proposed is not feasible. As Schedule J provides for ongoing monthly payments of $2300, even though ongoing payments are actually $3564.64, a difference of $1264.64. Pre-petition arrears are $107,050.53, which translates to payments of $1,784.18/month. The total additional ongoing payments + arrears payment per month is $3,048.82. Debtor's net income is only $2,097.19.

For the reasons stated above, Creditor objects to the confirmation of Debtor's Plan.

**WHEREFORE**, Creditor respectfully requests:

1. That the Court deny confirmation of the Debtor's Plan;
2. For such other and further relief as this court deems just and proper

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**

Dated: 5/13/2025

/s/ Sean C. Ferry
Sean C. Ferry
Attorneys for Creditor, Deutsche Bank National Trust Company As Trustee For INDYMAC INDX Mortgage Loan Trust 2006-Flx1, Mortgage Pass-Through Certificates Series 2006-Flx1

- 3 -    CASE NO. 6:25-BK-11843-SY
OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGNAIZATION

(b)2

support <support@moneywiser.com>                                                9/26/2025 6:21 PM

## URGENT TO MR REYES FROM JEAN Fwd: SEE EMAIL To Mr Ferry From Jean Baranowski Fwd: Mortgage Information

To ronaldo.r.reyes@db.com

Mr Reyes,
I forward this email to you I sent to your attorney
I understand you claim you have rights to assign my loan to Taurean Wright
That will never happen I let the court know I have rights too
As I told the Judge its illegal that is a violation of my CONTRACT I signed with INDYMAC

**I have a COURT ORDER FROM THE JUDGE FOR TAUREEN WRIGHT to pay me $83,000**

He will pay me first before any thing else

Its a disgrace you cancelled the foreclosure 11 times and each time billing the account draining the equity. now you want to drain Taurean Wright for more years to come paying over one million for that house. The value is going down

He is never going to pay $1M for that house and have the judge discharge his creditors that is fraud I will never let that happen.

FYI: Taureen Wight is a bar manager at a restaurant in La Quinta attached is his income he submitted to the court in January/February His payment was returned NSF that was sent to me.
He will never qualify for $750,000 plus loan If you allow him to get the loan that caused the 2008 recession the government will be notified The Loan Broker 30 years experience says there are guidelines to follow when approving loans


---------- Originclaim you have rights al Message ----------
From: support <                    >
To:
Date: 09/25/2025 12:55 PM EDT
Subject: To Mr Ferry From Jean Baranowski Fwd: Mortgage Information


Mr. Henderson emailed me your information

He filed a stipulation we did not discuss and I did not approve of
 What I did ask was time to respond to his 4th amendment he added it to a stipulation I knew nothing about
He mentioned he spoke to you and you said there is an application to assume my loan The lender provide the rights with an application to assume my loan all done outside of the court

I let the court know what dishonest activities you are doing behind my back and without my approval which I will never agree to. I have rights too . Its illegal for you or who the lender is now your sold my note to you violate my contract agreement I signed with Indymac

Taurean owes me $83,000 COURT ORDER to pay me above anything else
attempting to wan to assume my loan that will never happen

Taurean took 295,000 cash of my rent money he never paid to pay for a second on my house and now what to assume my loan est $750,00 pay $1M for a house to live in and defraud his creditors in BK that will never happen And you are allowing this fraudulent act it is noted

10

To be clear I never authorizes Taurean or his wife Jamaine Wright (who uses 15 aliases) to be a third party on my loan ,both tried. When PHH escalation department request documentation from me to add then to my note, when Taureen could not produce the documents  3/24/2025 He immediately filed BK 3/25/2025

How dare PHH servicer for Deutsche Bank put my loan in BK allowing Taurean to pay off my loan. The deed is already done, my credit is destroyed I cannot get a place to live because of my bad credit You all caused me tremendous harm and it is noted

I am seeking legal council and having a Loan broker with 30years review my loan documents and applicable related information.

The loan officer explained the criteria  and income required to support a $700K loan
Giving a loan to someone in BK is against the rules and standards of the government.

No doubt my loan was sold to another lender who wants to make money from Taurean
allowing Taurean to pay $1m dollars for that home and have his creditors debt be discharged in the BK is fraud
That  will never happen. That house to be sold or foreclosed on and pay off what  debt is owed I let the court know is my obligation and responsibility. I am the Borrower

Just want you to know I will be taking this case all the way to the supreme court
.We homeowners will not take it any longer. being shamed by Bankers Investors and people like  Taureen and his wife who use 15 aliases

It is noted, that Tureen  income declared to the court January/February will never qualify him for a $700,000 assumable loan  let alone with two Bankruptcies

Again, I never authorized Taureen to be added as a third party to my loan and PHH knows that and Fidelity Financial should know that too  I have documentation to PHH about this matter.

JEAN BARANOWSKI

about an application from the lender That

t was you who called stating you are going to provide the rights with an application to assume my loan

---------- Original Message ----------
From: Ben Heston <                            >
To: Jean Baranowski <                        >
Date: 09/24/2025 1:57 PM EDT
Subject: Mortgage Information

Below is the information I mentioned.

10 (1)

support <support@moneywiser.com>                                6/19/2025 11:20 AM

Re: Sionita C Angeles Case #25-10488 From Jean Baranowski

To info@latrustee.com  Copy Kdockery@latrustee.com <kdockery@latrustee.com>

ATTENION: TRUSTEE K DOCKERY

Dear Ms. Dockery,
My name is Jean Baranowski
Enclosed please find the attached document related to Sionita C Angeles currently in Bankruptcy

As Sionita C Angeles is in Bankruptcy I forward you the enclosed. I also forward it to Deutsche Bank unaware of all this, and filed a complaint with the DOJ Ms Angeles attorney was also contacted

Ms Angeles claims to be a Debtor on my loan in my name I am drawn into in a Bankruptcy case with Tauren Wright a squatter who is attempting to steal my house A Bankruptcy I never filed.

FYI, my account, loan number and statements in my name to this day is with PHH who is the Servicing Company for Deutsche Bank. I acquired my loan 7/2006 I$645,000

Ms Angeles a debtor in Bankruptcy acquired according to the enclosed legal document a $645,000 loan in 7/2006 using an alias Lender under my information an act that caused me to file a complaint with the DOJ

No doubt this transaction is going to affect Ms Angeles Bankruptcy more so especially her illegally using her name as a Debtor in situations as these undoubtedly it is going to cause a big problem for Ms. Angeles who will be liable for her actions  It surely has caused me a senior irrefutable harm

Fling false documents with the court is a felonry

FYI: Taureen Wright does not have a loan on this property at all
Furthermore he is not the owner
The Title is contested in state court the foreclosure was a fraud

I appreciate a response .

I will email you my statements and any information you may need

Sincerely,

JEAN BARANOWSKI

Footnote: Ms Angeles name appears all over the internet

6 (る)

SOINITA ANGELS
BK TRUSTEE

support <support@moneywiser.com>                                      7/9/2025 2:55 PM

## TO THE TRUSTEE URGENT DOCUMENTATION RELATED TO CASE 25-11843

To supportpol <supportpol@moneywiser.com>

TO THE TRUSTEE

Case: 25-11843

Tureen Wright

As the Trustee of this case it is important to let you know. That this cae is being filed in bad faith
It is evident to me that this case amongst others is a Hijack case
Using someone else name to get the bankruptcy protection to pay off the/my loan

The attached document has been filed with the court and is part of the record of this case

Taureen Wright and his attorney a using SOINITA C ANGELES DEBTOR to pay off all my loan As you can see from my attached statements my loan is in Bankruptcy

On or around June 15, 2025 it was discovered Ms Sionita C Angeles was in Bankruptcy herself her case #25-10488 was Filed in Los Angeles county Bankruptcy court

6/15/2025 Ms Angeles Bankruocy attorney Leonard Pena was contacted to make sure if her debt she is paying off if her debt TAureen Wright is paying off under her name in his bankruptcy Attorney Pena admitted that is wrong and illegal that Sionita C Angeles is not a debtor on Tw BK that she had no loan never had a loan as outlined in the enclosed document Mr Pena will be called upon to testify

6/16/2025 Deutsche Bank was notified and a copy of the filed document on record together with my loan statements with my name and loan number were submitted

6/17/2025 Deutsche Bank Property Compliance administrator responded thanked for the information forward to PHH who never got back to me

6/19/2025 Trustee of Ms Angeles Bankruptcy was notified (see attached) The complaint was filed with Ms Angeles file with the Trustee file on her case

It is further noted that Sonoita C Angeles knows nothing about this loan
And with an alias lender she does not own  Her name is falsly being used and filinf false documents with the court is a felony

6/27/2025 Sonoita C Angeles Trustee Attorney advised that the Bankruptcy was dismissed see attached

Taureens Declaration he filed 6/10/2025 outlines payments he made to Sonoita C Angeles Debtors false loan account? That is Hijacking PHH placed my loan account number in my name in Taureans Bankruptcy no payments posted see statements attached

These are serious legal acts filed with Taureen Wright Bankruptcy
I cannot understand how Taureen Wright right and his attorney with the assistance of the Trustee trustee and the can divest me of my property thru criminal acts of filinf fraudulent documents

I ask the judge to rule in my favor so that I can get my property back and come home

JEAN BARANOWSKI

support <support@moneywiser.com>                                    7/8/2025 4:00 PM

## UPDATE: ROM JEAN BARANOWSKI TO MR REYES DEUCHER BANK FILINF FALSE DOCUMENTS WITH THE COURT IS A FELONY USING SOMEONE ELSES NAME MY LOAN

To ronaldo.r.reyes@db.com

Dear Mr Reyers,,

UP DATE to my last email
RE: 107 Cachanilla Court, Palm Desert CA 92260

Thank you for taking an interest in the concerns of this property

The attached document has been filed with the court and is part of the record of this case and as Deutsche Bank National Trust Company or Deutsche Bank Trust Company Americas is the trustee, and the trustee holds the note for the benefit of the bondholders. I am afraid this deliberate and intentional egregious act,committed in the nane of Deutsche Bank using Sionita C Angeles as a Debtor of my loan in Taureen Wrights Bankruptcy is going to draw your bondholders into amongst others  a HIJACK case

SOINITA C ANGELES FACTS ISSUE

6/15/2025 Leonard Pena Sionita C  Angeles Bankruptcy attorney admitted that what was filed by Deutsche bank attorney Sean C Ferry was wrong and illegal. That Sionita never had a loan as outlined in the enclosed document Mr Pena will be called upon to testify

6/16/2025 Deutsche Bank was notified and a copy of the filed document on record together with my loan statements with my name and loan number were submitted

6/17/2025 Deutsche Bank Property Compliance administrator responded thanked for the information forward to PHH who never got back to me Filing false documents with a court of law is a felon

6/19/2025 Trustee of Ms Angeles  Bankruptcy was notified (see attached)

It is further noted that Sonoita C Angeles knows nothing about this loan that Deutche Bank falsely used her name as a Debtor to a loan she does not own Ms Angeles is being notified

6/27/2025 Trustee Attorney advised that the Bankruptcy was dismissed

6/30/2025 Trustee of Sonoita C Angeles Bankruptcy verified in writing her case was just dismissed due to nonpayment however Taurean Wright is making payments as he claims on a loan Sionita owns that does not exist.

I agree with PHH and your attorney Sean C Ferry their admission of negligence a criminal act, acts  Deutsche bank and bondholders will be held FOOTNOTE  liable for their actions

Taurean Wright has no right to pay off my loan all or any part thereof  I DID NOT authorize in writing as required by law to add him as a third party to my loan In his filings with the court 6/10/2025 he outlines payments he made credited to Sionita C Angeles loan (part of my loan) and an alias Lender is Hijacking

The government who regulates banks requires banks work with Homeowners to keep their homes A loan modification which I requested 2023 1st position my Deed of Trust is still to this day recorded in my name at the Riverside Recorded office. PHH refused then offered because of the substantial equity in the property Why then is Taureen Wright illegally attempting to pay off my loan  while PHH places me in bankruptcy. That's wrong unjust and discriminatory It is my obligation to off my loan

Support <support@moneywiser.com>　　　　　　　　　　　　　　　　　　6/30/2025 11:16 PM

## Re: SIONITA C ANGELES 25-10488

To Kathy Dockery <kdockery@latrustee.com>

Thnk you for letting me know
Much appreciated
Sent from my iPhone

On Jun 30, 2025, at 11:50 am, Kathy Dockery <KDockery@latrustee.com> wrote:

This case was dismissed by the Bankruptcy Court.

Kathy A. Dockery
Chapter 13 Trustee
Los Angeles, CA
(213)996-4400
LATrustee.com

This message is the property of the office of Kathy A. Dockery, Chapter 13 Trustee. It may be legally privileged and/or confidential and is intended only for the use of the addressee(s). No addressee should forward, print, copy, or otherwise reproduce this message in any manner that would allow it to be viewed by any individual not originally listed as a recipient. Nothing in this email can be considered as an agreement or contract with the Trustee as all agreements, modifications and/or resolutions of disputes must be approved and ordered by the Bankruptcy Court to be valid and binding. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete this message.

(6) 6-7

**6:25-bk-11843-SY** Taurean E Wright
Case type: bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Scott H. Yun
Date filed: 03/25/2025 **Date of last filing:** 05/27/2025

# Creditors

**Aidvantage / Department of Education**
PO Box 300001
Greenville, TX 75403-3001

(42395987)
(cr)

**Best Egg**
PO Box 42912
Philadelphia, PA 19101-2912

(42395988)
(cr)

**Capital One**
PO Box 31293
Salt Lake City, UT 84131-0293

(42395989)
(cr)

**Capital One Auto Finance**
PO Box 60511
City Industry, CA 91716-0511

(42395990)
(cr)

**Capital One N.A.**
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

(42493054)
(cr)

**Cherry Technology**
2261 Market St Pmb 4869
San Francisco, CA 94114-1612

(42395991)
(cr)

**Citibank / Macys**
PO Box 6789
Sioux Falls, SD 57117-6789

(42395992)
(cr)

**Comenity Capital / Big O Tires**
PO Box 183003
Columbus, OH 43218-3003

(42395993)
(cr)

**Comenity Capital / Saks 5th Ave**
PO Box 183003
Columbus, OH 43218-3003

(42395994)
(cr)

**Comenity Capital / Victorias Secret**
PO Box 182273
Columbus, OH 43218-2273

(42395995)
(cr)

**Employment Development Dept.**
Bankruptcy Group MIC 92E
Po Box 826880
Sacramento, CA 94280-0001

(42395996)
(cr)

**Franchise Tax Board**
Personal Bankruptcy MS A340

(42395997)
(cr)

PO Box 2952  
Sacramento, CA 95812-2952

**IC System**  
444 Highway 96 E  
Saint Paul, MN 55127-2557

(42395998)  
(cr)

**Internal Revenue Service**  
Centralized Insolvency Operation  
PO Box 7346  
Philadelphia, PA 19101-7346

(42395999)  
(cr)

**JEAN BARANOWSKI**  
78-365 HIGHWAY 111 #123  
LA QUINTA, CA 92253-2071

(42491816)  
(cr)

**Jefferson Capital Systems LLC**  
Po Box 7999  
St. Cloud, MN 56302-9617

(42480722)  
(cr)

**LVNV Funding, LLC- Resurgent Capital Services, LP**  
PO Box 10587  
Greenville, SC 29603

(42446783)  
(cr)

**PHH Mortgage**  
PO Box 371458  
Pittsburgh, PA 15250-7458

(42396000)  
(cr)

**PHH Mortgage Corporation**  
Bankruptcy Department-P.O. Box 24605  
West Palm Beach, FL 33416-4605

(42495515)  
(cr)

**Quantum3 Group LLC as agent for**  
Comenity Capital Bank  
PO Box 788  
Kirkland, WA 98083-0788

(42488986)  
(cr)

**Resurgent Receivables, LLC**  
Resurgent Capital Services  
PO Box 10587  
Greenville, SC 29603-0587

(42473240)  
(cr)

**SunPower**  
PO Box 91910  
Sioux Falls, SD 57109-1910

(42396001)  
(cr)

**Synchrony / TJX**  
Po Box 71737  
Philadelphia, PA 19176-1737

(42396002)  
(cr)

**Synchrony / Venmo**  
PO Box 71737  
Philadelphia, PA 19176-1737

(42396003)  
(cr)

**TD Bank / Nordstrom**  
PO Box 6555  
Englewood, CO 80155-6555

(42396004)  
(cr)

8(1)

2:25-bk-10488-DS Sionita C Angeles
Case type: bk Chapter: 13 Asset: Yes Vol: v Judge: Deborah J. Saltzman
Date filed: 01/22/2025 Date of last filing: 06/30/2025
Debtor dismissed: 06/27/2025

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | Filed & Entered: | 01/22/2025 | Voluntary Petition (Chapter 13) |
| 2 | Filed & Entered: | 01/22/2025 | Statement About Your Social Security Numbers (Official Form 121) |
| 3 | Filed & Entered: | 01/22/2025 | Certificate of Credit Counseling |
| 4 | Filed & Entered: | 01/22/2025 | Meeting of Creditors Chapter 13 (309I)(AutoAssign) |
|   | Filed & Entered: | 01/23/2025 | Notice of Debtor's Prior Filings |
|   | Filed & Entered: | 01/24/2025 | Automatic docket of credit card/debit card |
| 5 | Filed & Entered: | 01/24/2025 | Notice to Filer of Error and/or Deficient Document |
| 6 | Filed & Entered: | 01/25/2025 | BNC Certificate of Notice |
| 7 | Filed & Entered: | 01/25/2025 | BNC Certificate of Notice |
| 8 | Filed & Entered: | 01/25/2025 | BNC Certificate of Notice |
| 9 | Filed & Entered: | 01/27/2025 | Notice of Hearing (BK Case) |
| 10 | Filed & Entered: | 01/28/2025 | Request for special notice |
| 11 | Filed & Entered: | 01/28/2025 | Request for courtesy Notice of Electronic Filing (NEF) |
| 12 | Filed & Entered: | 01/29/2025 | Proof of service |
| 13 | Filed & Entered: | 02/03/2025 | Declaration Setting Forth Postpetition, Preconfirmation Payments - LBR 3015-1(e) and 3015-1(m) |
| 14 | Filed & Entered: | 02/04/2025 | Declaration RE Filing of Tax Returns and Payment of Domestic Supp. Obligations (Preconfirmation) |
| 15 | Filed & Entered: | 02/04/2025 | Declaration by Debtor as to Whether Db Received Income From an Employer (LBR Form F1002-1) |
| 16 | Filed & Entered: | 02/04/2025 | Rights and Resp Agreement |
| 17 | Filed & Entered: | 02/04/2025 | Statement of Related Cases (LBR Form 1015-2.1) |

6 (8)

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF FLORIDA
COUNTY OF PALM BEACH

On **SEP 2 8 2018**, before me, **Ryan F. Rifflard**, a Notary Public in and for PALM BEACH in the State of FLORIDA, personally appeared JACOBY D. WATERS, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*/s/ Ryan F. Rifflard*

Ryan F. Rifflard

Notary Expires: **NOV 3 0 2021**

[Notary Seal: Notary Public State of Florida / Ryan F Rifflard / My Commission GG 164353 / Expires 11/30/2021]

(This area for notarial seal)

*VAS*VASGMAC*09/27/2018 02:45:54 PM* GMAC40GMACA00000000000005428270* CARIVER*   5981 CASTATE_TRUST_ASSIGN_ASSN **JW1GMAC*

(3)1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
73365 Highqay 111, #123, La Quinta, CA 92253

A true and correct copy of the foregoing document entitled (*specify*): <u>OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 AMENDED PLAN FOUR OF REORGANIZATION AS TO 107 CACHANILLA COURT, PALM DESERT, SHOWN IN BANKRUPTCY FILING OF TAUREAN WRIGHT.</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

BENJAMIN HESTON bhestonecf@gmail.com. benheston@recap,email, NexusBankruptcy@jubileebk,net

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>09/23/25</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>05/13/2025</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/23/25 | William Baranowski | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE