**United States Bankruptcy Court**
**Central District of California**
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

---

**Tuesday, October 7, 2025**                                                              **Hearing Room    302**

**1:30 PM**
**6:25-11843    Taurean E Wright**                                                        **Chapter 13**

Telephonic Hearing

#70.00    CONT'D Confirmation of Chapter 13 Plan

FR. 5/27/25; 6/10/25; 7/15/25; 8/26/25

Susan Luong to appear by telephone (626)616-5008  — *debtor*
Benjamin Heston to appear by telephone (949)312-1377
David Coats  S̶e̶a̶n̶ ̶F̶e̶r̶r̶y̶ to appear by telephone (561)241-6901  — DB *creditor*
Jean Baranowski to appear by telephone (760)333-7499

Docket    64

**Matter Notes:**

Consent Calendar _____

(  ) **Confirmed** per trustee's recommendation  - Plan provisions: % to pay _____

Duration _____

Payment $_____

(✓) **Continued to** _12-9-25_ at 1:30 p.m.

341(a) _____ at 9:00 a.m.

(  ) **Objection** to plan:  (  ) Withdrawn    (  ) Sustained    (  ) Overruled

(  ) **Case Dismissed**

    (  ) without prejudice    (  ) Under § 109(g)

    (  ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**

# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, October 7, 2025**      **Hearing Room**    **302**

---

<u>1:30 PM</u>
**CONT...    Taurean E Wright**                                            **Chapter 13**
- NONE LISTED -

**Party Information**

**Debtor(s):**

Taurean E Wright                       Represented By
                                                    Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                  Pro Se