JEAN BARANOWSKI
78365 Highway 111, #123
La Quinta, CA 92253
TEL: 760-333-7499
Fax Number: None
Email: support@moneywiser.com

JEAN BARANOWSKI, IN PRO PER

# UNITED STATE BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

In re:

TAUREAN E WRIGHT

Debtor.

Case No.: 6125-BK-11843-Y

**MOTION TO SEQUESTER THE NOTE**

**SUBJECT PROPERTY:**
107 CACHANILLA CT
PALM DESERT California 92260

**CONFIRMATION HEARING:**
DATE: November 19 2025
TIME: 09:30 AM
PLACE: 3420 Twelfth St., Riverside, CA 92501
CTRM: 302
JUDGE: Scott H. Yun

## MOTION TO SEQUESTER THE NOTE

TO THE HONORABLE BANKRUPTCY COURT:

**NOTE THAT,** JEAN BARANOWSKI, Pro Per, an interested party and true owner of the property located at 107 Cachanilla Court, Palm Desert, CA 92260, hereby:

In the nature of a writ of right Jean Baranowski move the court to sequester the genuine original note from Deutsche Bank National Trust Company as Trustee for IndyMac INDX Mortgage Loan Trust 2006-FLX1.mortgage Pass through Certificates Series 2006-FLX1 to hold until this is adjudicated

MOTION TO SEQUESTATION OF THE NOTE

1  The reason, the <u>requirement</u> of the genuine original note is to prevent the same mortgage being
2  sold over and over again by unscrupulous bankers If this has happened, who owns the mortgage
3  Banker that <u>accepted a copy of the note is not the holder of the genuine original Note.</u>
4      Baranowski is not asking to see the Note, just asking the court to do its lawful duty,
5  do what the court is required and protect all parties, hold it until this is adjudicated
6  THEREFORE, this court must order Baranowski's motion to sequester the Note so that
7  Baranowski rights is protected

9  Baranowski apologize for the late filing. The relief from Automatic Stay filed by Deutsche Bank
10 attorney stated was terminated Judge Yu assistant explained today there was an issue with the
11 filing, to file this document and responses for the Judge to consider, also a possible backlog
12 because of the shutdown no cases are being heard at this time

14 Dated: November 10, 2025

16 *[signature]*
17 JEAN BARANOWSKI
   Claimant
18 In Pro Per

MOTION TO SEQUESTATION OF THE NOTE

NOTE: When using this form to indicate service of a proposed order,...

Case 6:25-bk-11843-SY    Doc 80    Filed 11/10/25    Entered 11/12/25 10:39:19    Desc
Main Document    Page 3 of 3

file:///G:/Users/Owner/Downloads/proof111025.pdf

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
78365 Highqay 111, #123, La Quinta, CA 92253

A true and correct copy of the foregoing document entitled (*specify*): MOTION TO SEQUESTER THE NOTE _____

_____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/10/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

BENJAMIN HESTON bhestonecf@gmail.com. benheston@recap,email, NexusBankruptcy@jubileebk,net

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/07/25, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge **will be completed** no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/10/2025 | William Baranowski | /s/ William Baranowski |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                   F 9013-3.1.PROOF.SERVICE