Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Movant
DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2006-FLX1, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-FLX1

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>TAUREAN E WRIGHT,<br><br>Debtor. | Case No. 6:25-bk-11843-SY<br><br>Chapter 13<br><br>**NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**Hearing**:<br>Date: February 4, 2026<br>Time: 9:30 a.m.<br>Ctrm: 302<br><br>3420 Twelfth Street,<br>Riverside, CA 92501 |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that a continued hearing on Deutsche Bank National Trust Company as Trustee for IndyMac Indx Mortgage Loan Trust 2006-FLX1, Mortgage Pass-Through Certificates Series 2006-FLX1's Motion for Relief from the Automatic Stay, filed herein on October 20, 2025, as *Docket No. 75*, will be held on February 4, 2026, at 9:30 a.m., in Courtroom 302 of the above-captioned court, located at 3420 Twelfth Street, Riverside, CA 92501.

/./.

/./.

/./.

1     The Motion is based on the Motion, the pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by interested parties at the hearing.

ALDRIDGE PITE, LLP

Dated: November 21, 2025            /s/ *Joseph C. Delmotte*
Joseph C. Delmotte (SBN 259460)
Attorneys for Movant
Deutsche Bank National Trust Company as Trustee for IndyMac Indx Mortgage Loan Trust 2006-FLX1, Mortgage Pass-Through Certificates Series 2006-FLX1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3333 Camino del Rio South, Suite 225, San Diego, CA 92108

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 21, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| **U.S. TRUSTEE:** | **ATTORNEY FOR DEBTOR:** | **TRUSTEE:** |
|---|---|---|
| ustpregion16.rs.ecf@usdoj.gov | Benjamin Heston<br>bheston.ecf@gmail.com | Rod Danielson (TR)<br>notice-efile@rodan13.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On November 21, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE:**
Honorable Scott H. Yun
United States Bankruptcy
Court Central District of California
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501-3819

**DEBTOR:**
Taurean E Wright
107 Cachanilla Ct
Palm Desert, CA 92260

**BORROWER:**
Jean Baranowski
78365 Highway 111, # 123
La Quinta, CA 92253

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 21, 2025 | Stephanie Flores | /s/ STEPHANIE FLORES |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       F 9013-3.1.PROOF.SERVICE