JEAN BARANOWSKI
78365 Highway 111, #123
La Quinta, CA 92253
TEL: 760-333-7499
Fax
Email: support@moneywiser.com

JEAN BARANOWSKI, IN PRO PER

UNITED STATE BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>TAUREAN E WRIGHT<br><br>Debtor. | Case No.: 6:25-bk-11843-SY<br><br>**EMERGENCY SUPPLEMENTAL OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)**<br><br>**SUBJECT PROPERTY:**<br>107 CACHANILLA CT<br>PALM DESERT California 92260<br><br>**CONFIRMATION HEARING:**<br>DATE: February 04, 2026<br>TIME: 09:30 AM<br>PLACE: 3420 Twelfth St., Riverside, CA 92501<br>CTRM: 302<br>JUDGE: Scott H. Yun |

**EMERGENCY SUPPLEMENTAL OPPOSITION TO MOTION FOR RELIE FROM AUTOMARIC STAY DECLARATION & THREE EXHIBITS**

JEAN BARANOWSKI, Pro Per, Senior Lien Holder and true owner of the property located at 107 Cachanilla Court, Palm Desert, CA 92260, hereby opposes Automatic Stay filed by Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2006-FLX1

EMEMERGENCY SUPPLEMENTAL OPPOSITION TO MOTIION FOR RELIEF FROM THE AUTOMATIC STAY AS TO REAL PROPERTY

1. Deutsche Bank National Trust Company is NOT a secured creditor.

2. The sole recorded Assignment (Instrument 2018-041195) is VOID for three independent reasons:

1. Trust closed in 2006 (Exhibit A – SEC Form 8-K filed 9/28/2006). Transfer attempted 12½ years later is VOID (Glaski/Yvanova).

2. Executed by Ocwen employee Jacoby W. Waters falsely claiming authority for dead IndyMac Bank.

3. **NO NOTARIAL SEAL** – Page 2 of the recorded document shows only "(This area for notarial seal)" and the space is completely blank. California Civil Code § 1189 & Gov. Code § 8207 require a physical seal. → VOID acknowledgment = VOID document. In re Kim, 481 B.R. 584 (Bankr. C.D. Cal. 2013).

Deutsche Bank has no standing under 11 U.S.C. § 362(d). The debtor is attempting to sell the property immediately.

REQUESTED RELIEF:

1. DENY Motion for Relief from Stay WITH PREJUDICE

2. Immediate order prohibiting any sale, transfer, or refinance

Dated: November 24, 2025

*/s/ Jean Baranowski*

JEAN BARANOWSKI
Claimant
In Pro Per

EMEMERGENCY SUPPLEMENTAL OPPOSITION TO MOTIION FOR RELIEF FROM THE AUTOMATIC STAY AS TO REAL PROPERTY

Microsoft Word - Motion EMERGENCY SUPPLEMENTAL OPPO...    file:///G:/Users/Owner/Downloads/2025%2011%2024%20EMER...

Case 6:25-bk-11843-SY    Doc 84    Filed 11/25/25    Entered 11/25/25 15:52:10    Desc
Main Document    Page 3 of 7

3 of 3

# DECLARATION OF JEAN BARANOWSKI

I, JEAN BARANOWSKI, declare as follows:

I declare under penalty of perjury under California law that the attached Exhibits A–C are true and correct copies and the facts stated are true.

Executed November 24, 2025

*/s/ Jean Baranowski*

Jean Baranowski
Claimant, Pro Se

EXHIBIT A – SEC Form 8-K (trust closed 2006)
EXHIBIT B – Assignment Page 1 (robo-signature)
EXHIBIT C – Assignment Page 2 (missing seal)

EMEMERGENCY SUPPLEMENTAL OPPOSITION TO MOTIION FOR RELIEF FROM THE AUTOMATIC STAY AS TO REAL PROPERTY

# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# Form 8-K

### CURRENT REPORT

Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934

Date of Report (Date of earliest Event
Reported): September 28, 2006

**IndyMac INDX Mortgage Loan Trust 2006-FLX1**
(exact name of issuing entity)

Commission File Number of the issuing entity: 333-132042-38

**IndyMac MBS, Inc.**
(Exact name of the depositor as specified in its charter)

Commission File Number of the depositor: 333-132042

**IndyMac Bank, F.S.B.**
(Exact name of the sponsor as specified in its charter)

```
          Delaware                                    95-4791925
---------------------------------              --------------------
 (State or Other Jurisdiction                    (I.R.S. Employer
      of Incorporation)                         Identification No.)

       155 North Lake Avenue
        Pasadena, California                           91101
---------------------------------                   ----------
   (Address of Principal                             (Zip Code)
     Executive Offices)
```

Registrant's telephone number, including area code: (800) 669-2300

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any following provisions (see General Instruction A.2. below):

[_] Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[_] Soliciting material pursuant to Rule 14a-12(b) under the Exchange Act


(17 CFR 240.14a-12(b))

[_] Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

*EXHIBIT A* (handwritten)

Notarized Affidavit of Joseph Esquivel for Jean Baranowski with Exh...     file:///G:/Users/Owner/Downloads/Assignment%20to%20grok.pdf

Case 6:25-bk-11843-SY    Doc 84    Filed 11/25/25    Entered 11/25/25 15:52:10    Desc
Main Document     Page 5 of 7

DOC # 2018-0401195
10/10/2018 10:23 AM Fees: $102.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:

OCWEN LOAN SERVICING, LLC
1795 INTERNATIONAL WAY
IDAHO FALLS, ID 83402

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: LISA #580

2018-02413-CA

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Riverside, California
SELLER'S SERVICING #: 5981 "BARANOWSKI"
SELLER'S LENDER ID#: DW 24110

MIN #: 6667 SIS #: 1-888-679-6377

Prepared By: Jacoby Waters, OCWEN LOAN SERVICING, LLC 1795 INTERNATIONAL WAY, IDAHO FALLS, ID 83402
800-746-2936

For Value Received, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR INDYMAC BANK, FSB, A FEDERALLY CHARTERED SAVINGS BANK, its successors and assigns hereby grants, assigns and transfers to DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2006-FLX1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-FLX1 at C/O OCWEN LOAN SERVICING, LLC., 1661 WORTHINGTON ROAD, STE 100, WEST PALM BEACH, FL 33409 all its interest under that certain Deed of Trust dated 07/05/2006, in the amount of $645,000.00, executed by JEAN BARANOWSKI A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED SAVINGS BANK, ITS SUCCESSORS AND ASSIGNS and Recorded: 07/14/2006 as Instrument No.: 2006-0515643 in the County of Riverside, State of California.

In witness whereof this instrument is executed.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR INDYMAC BANK, FSB, A FEDERALLY CHARTERED SAVINGS BANK, its successors and assigns

On SEP 28 2018

Jacoby D. Waters,
Assistant Secretary

*VAS*VASGMAC*09/27/2018 02:45:54 PM* GMAC40GMACA00000000000005428270* CARIVER* 5981 CASTATE_TRUST_ASSIGN_ASSN **JW1GMAC*

EXHIBIT B.

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF FLORIDA
COUNTY OF PALM BEACH

On **SEP 2 8 2018**, before me, **Ryan F. Rifflard**, a Notary Public in and for PALM BEACH in the State of FLORIDA, personally appeared JACOBY D. WATERS, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_Ryan F. Rifflard_

Notary Expires: **NOV 3 0 2021**

[Notary Seal: Notary Public State of Florida, Ryan F Rifflard, My Commission GG 164353, Expires 11/30/2021]

(This area for notarial seal)

*VAS*VASGMAC*09/27/2018 02:45:54 PM* GMAC40GMACA000000000000005428270* CARIVER*   5981 CASTATE_TRUST_ASSIGN_ASSN **JW1GMAC*

EXHIBIT C

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
78365 Highway 111, #123, La Quinta, CA 92253

A true and correct copy of the foregoing document entitled (*specify*): **EMERGENCY SUPPLEMENTIAL OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY 11 U.S.C. 362 (REAL PROPERTY )**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/24/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David Coats dacoats@raslg.com; Rod Danielson (TR) notice-efile@rodan13.com; Joseph C Delmotte ecfcacb@aldridgepite.com; Benjamin Heston bhestonecf@gmail.com; benheston@recap.email; NexusBankruptcy@jubileebk.net; United States Trustee (RS)ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 11/24/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge S.Yun
3420 12th Str
Suite 345,/ Courtroom 304
Riverside CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/24/2025 | William Baranowski | /s/ William R Baranowski |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    F 9013-3.1.PROOF.SERVICE