JEAN BARANOWSKI
78365 Highway 111, #123
La Quinta, CA 92253
TEL: 760-333-7499
Fax Number: None
Email: support@moneywiser.com

JEAN BARANOWSKI, IN PRO PER

UNITED STATE BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

In re:

TAUREAN E WRIGHT

Debtor.

Case No.: 6125-BK-11843-Y

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN (11 U.S.C. §§ 1325(a)(3), (7) – BAD FAITH)

SUBJECT PROPERTY:
107 CACHANILLA CT
PALM DESERT California 92260

CONFIRMATION HEARING:
DATE: Dec 09 2025
TIME: 01:30 PM
PLACE: 3420 Twelfth St., Riverside, CA 92501
CTRM: 302
JUDGE: Scott H. Yun

TO THE HONORABLE BANKRUPTCY COURT:

NOTE THAT, JEAN BARANOWSKI, Pro Per, an interested party and true owner of the property located at 107 Cachanilla Court, Palm Desert, CA 92260, hereby: object to confirmation of Chapter 13 Plan of Taurean E Wright on the following grounds:

1. The Plan is not proposed in good faith (§ 1325(a)(3)) and the petition was not filed in good faith (§ 1325(a)(7)).

2. Debtor acquired the property at 107 Cachanilla Court through a **void foreclosure sale** in September 2023.

3. The 2018 Assignment of Deed of Trust is VOID (no notarial seal, 12 years late, robo-signed).

4. The Substitution of Trustee is VOID (expired notary, Washington notary, no authority).

5. Debtor has **no legal or equitable interest** in the property (11 U.S.C. § 541).

6. Debtor illegally listed Creditor's mortgage and property in his Plan to steal her home.

"The Substitution of Trustee recorded January 9, 2023 as Instrument #2023-0005485 is VOID because it was acknowledged in Washington State by a Washington notary whose commission violates CA Gov2020 law and was executed by Abundant Investments, LLC — which was never the beneficiary (see ZBS Law's own Trustee Sale Guarantee, Ex. A p. 30, naming Deutsche Bank as beneficiary). ZBS Law therefore had no authority to conduct the foreclosure sale. The Trustee's Deed Upon Sale is void, and Debtor Taurean Eugene Wright acquired no title. The property is not estate property (11 U.S.C. § 541; In re Rodeo Creek Ltd. P'ship, 977 F.2d 592 (9th Cir. 1992))."

Separate motion filed to release the Property and Baranowskis mortgage from this fraudulent Bankruptcy.

Confirmation must be denied.

.

Attached Exhibit A   pages

December 04, 2025

*[signature: Jean Baranowski]*

JEAN BARANOWSKI
Creditor
In Pro Per

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

78365 Highway 111, #123, La Quinta, CA 92253

A true and correct copy of the foregoing document entitled (*specify*): **OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/05/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Benjamin Heston
bhestonecf@gmail.com; benheston@recap.email; NexusBankruptcy@jubileebk.net

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **12/05/2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/05/2025 | William Baranowski | /s/ William Baranowski |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       F 9013-3.1.PROOF.SERVICE