# EXHIBIT "A"

DOC # 2018-0401195
10/10/2018 10:23 AM Fees: $102.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:

OCWEN LOAN SERVICING, LLC
1795 INTERNATIONAL WAY
IDAHO FALLS, ID 83402

\*\*This document was electronically submitted
to the County of Riverside for recording\*\*
Receipted by: LISA #580

2018·02413·CA

**CORPORATE ASSIGNMENT OF DEED OF TRUST**

Riverside, California
SELLER'S SERVICING #: ████5981 "BARANOWSKI"
SELLER'S LENDER ID#: DW 24110

MIN #: ████████6667 SIS #: 1-888-679-6377

Prepared By: Jacoby Waters, OCWEN LOAN SERVICING, LLC 1795 INTERNATIONAL WAY, IDAHO FALLS, ID 83402
800-746-2936

For Value Received, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR INDYMAC
BANK, FSB, A FEDERALLY CHARTERED SAVINGS BANK, its successors and assigns hereby grants, assigns and
transfers to DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE
LOAN TRUST 2006-FLX1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-FLX1 at C/O OCWEN
LOAN SERVICING, LLC., 1661 WORTHINGTON ROAD, STE 100, WEST PALM BEACH, FL 33409 all its interest
under that certain Deed of Trust dated 07/05/2006 , in the amount of $645,000.00, executed by JEAN
BARANOWSKI A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY to MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. AS NOMINEE FOR INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED
SAVINGS BANK, ITS SUCCESSORS AND ASSIGNS and Recorded: 07/14/2006 as Instrument No.: 2006-0515643
in the County of Riverside, State of California.

In witness whereof this instrument is executed.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR INDYMAC BANK, FSB, A
FEDERALLY CHARTERED SAVINGS BANK, its successors and assigns

On   **SEP 2 8 2018**

Jacoby D. Waters,
Assistant Secretary

"VAS"VASGMAC"09/27/2018 02:45:54 PM" GMAC40GMACA0000000000000005428270" CARIVER" █████5981 CASTATE_TRUST_ASSIGN_ASSN "JW1GMAC"

A(1)

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF FLORIDA
COUNTY OF PALM BEACH

On **SEP 2 8 2018** , before me, **Ryan F. Rifflard** , a Notary Public in and for PALM BEACH in the State of FLORIDA, personally appeared JACOBY D. WATERS, Assistant Secretary, <u>personally known to me</u> (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) <u>is</u>/are subscribed to the within instrument and acknowledged to me that <u>he</u>/she/they executed the same in <u>his</u>/her/their authorized capacity, and that by <u>his</u>/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Ryan F. Rifflard_

Notary Expires: **NOV 3 0 2021**     SAME DAY

Notary Public State of Florida
Ryan F Rifflard
My Commission GG 164353
Expires 11/30/2021

(This area for notarial seal)

"VAS"VASGMAC"09/27/2018 02:45:54 PM" GMAC40GMACA0000000000000005428270" CARIVER"      5981 CASTATE_TRUST_ASSIGN_ASSN "JW1GMAC"

### TRUSTEE'S SALE GUARANTEE

#### SCHEDULE A

| | |
|---|---|
| Guarantee No.: | Liability:    **$118,000.00** |
| File No.: | |
| Your No.: | |
| Date of Guarantee:  **December 13, 2022** | Fee:    **$390.00** |

1. Name of Assured:

   **ZBS Law, LLP and Deutsche Bank National Trust Company as Trustee of the Indymac Residential Asset-Backed Trust, Series 2004-LH1, its Successors and Assign**

2. The estate or interest in the Land that is the subject of this Guarantee is:

   **Fee Simple**

3. Assurances:

   According to the Public Records as of the Date of Guarantee,

   a. Title to the estate or interest is vested in:

      **Jean Baranowski, a married woman as her separate property**

   b. Title to the estate or interest is subject to defects, liens or encumbrances shown in Schedule B which are not necessarily shown in the order of their priority.

   c. The Land referred to in this Guarantee is situated in the State of California, County of Riverside, and is described as follows:

      **See Exhibit "A" attached hereto and made a part hereof**

   d. Relative to the Mortgage shown in Paragraph 9 of Schedule B:

      i. For the purposes of California Civil Code §§ 2924b (b) and (d), the address of the trustor or mortgagor as shown in the Mortgage is:

         **Jean Baranowski**
         **107 Cachanilla**
         **Palm Desert, CA 92260**

         **Jean Baranowski**
         **107 Cachanilla Court**
         **Palm Desert, California 92260**

      ii. The names and addresses of all persons who have recorded requests for a copy of notice of default and for a copy of notice of sale as provided by California Civil Code §§ 2924b (a), (b) and (d) are:

         **Epsten Grinnell & Howell APC**
         **10200 Willow Creek Road, Suite 100**
         **San Diego, CA 92131**

      iii. The names and addresses of all additional persons who are entitled to receive a copy of notice of default and a copy of notice of sale as provided by California Civil Code §§ 2924b (c) (1), (2) and (3) are:

         **Jean Baranowski**
         **P.O. Box 1274**
         **Palm Springs, California, 92263**

         **Affects: Vesting**

         **Jean Baranowski**
         **78-365 Hwy 111 Ste 123**
         **La Quinta, CA 92253-2071**

         **Affects: Vesting**

WFG Form No. 3174406
CLTA Guarantee Form No. 22 (06-05-14) – Trustee's Sale Guarantee
Revised 1.07.2017



Said Deed of Trust was Re-Recorded on July 31, 2007 as Instrument No. 2007-0495552, of Official Records.

A Special Request for Notice pursuant to Civil Code 2924b was recorded February 13, 2019 as Instrument No. 2019-0049219, of Official Records.

The beneficial interest under said Deed of Trust was:

Assigned to:                 Deutsche Bank National Trust Company as Trustee of the Indymac Residential Asset-Backed Trust, Series 2004-LH1, its Successors and Assigns

By:                        Federal Deposit Insurance Corporation as Receiver for Indymac Federal Bank, FSB, as Successor in Interest to Indymac Bank, FSB

By Assignment Recorded:      May 6, 2014
As Instrument No.:           2014-0164852, of Official Records

A purported assignment executed by IndyMac Bank, F.S.B. to Deutsche Bank National Trust Company as Indenture Trustee of the Indymac Home Equity Mortgage Loan Asset-Backed Trust, Series 2007-H1 and recorded December 11, 2019, as Instrument No. 2019-0509694, of Official Records. Said assignment was executed by a person that was not the record holder of the beneficial interest.

A purported assignment executed by Deutsche Bank National Trust Company as Indenture Trustee of the Indymac Home Equity Mortgage Loan Asset-Backed Trust, Series 2007-H1 to Aspen Properties Group, LLC as Trustee of AG3 Revocable Trust and recorded December 11, 2019, as Instrument No. 2019-0509695, of Official Records. Said assignment was executed by a person that was not the record holder of the beneficial interest.

A purported assignment executed by Aspen Properties Group, LLC as Trustee of AG3 Revocable Trust to Abundant Investments LLC and recorded February 2, 2021, as Instrument No. 2021-0067844, of Official Records. Said assignment was executed by a person that was not the record holder of the beneficial interest.



WFG Form No. 3174406
CLTA Guarantee Form No. 22 (06-05-14) – Trustee's Sale Guarantee
Revised 1-07-2017


EXHIBIT 9(A)

2 of 2                                                                     9/23/2025, 4:20 PM

2025 5 6 TRUSTEE SALE GUARANTEE 2nd PRLIMREPORT T...   file:///G:/Users/Owner/Downloads/TSG%20FINDINGS.pdf
Case 6:25-bk-11843-SY   Doc 87   Filed 12/09/25   Entered 12/09/25 12:01:52   Desc
Main Document   Page 6 of 18

Case 6:23-bk-13914-WJ   Doc 26-1   Filed 09/05/23   Entered 09/05/23 18:51:18   Desc
Declaration   Page 205 of 209

## TRUSTEE'S SALE GUARANTEE

### SCHEDULE B



2. Assessments, if any, for Community Facility Districts affecting said land which may exist by virtue of assessment map or notices filed by said districts. Said assessments are collected with the County Taxes.

3. The lien of supplemental taxes, if any, assessed pursuant to the provisions of Chapter 3.5 (commencing with Section 75) of the Revenue and Taxation Code of the State of California.

4. Said land disclosed herein is also known by the County Tax Assessor as the following parcel number(s):

624-400-025

5. Any easements, servitudes, or senior encumbrances appearing in the Public Records.

6. Covenants, conditions, or restrictions, if any, appearing in the Public Records; but omitting, except to the extent permitted by any applicable federal or state law, covenants or restrictions, if any, based on race, color, religion, sex, familial status, national origin, handicap, sexual orientation, marital status, ancestry, source of income, disability, medical condition, or other unlawful basis.

7. Any lease, grant, exception, or reservation of mineral rights appearing in the Public Records.

8. Deed of Trust to secure an indebtedness in the amount shown below, and any other obligations secured thereby:

Amount:          $645,000.00
Dated:           July 5, 2006
Trustor:         Jean Baranowski, a married woman as her separate property
Trustee:         First American Title Insurance Co.
Beneficiary:     Mortgage Electronic Registration Systems, Inc., solely as nominee for the Lender
Lender:          IndyMac Bank, FSB, a Federally Chartered Savings Bank
Recorded:        July 14, 2006
Instrument No.:  2006-0515643, of Official Records

The beneficial interest under said Deed of Trust was:
Assigned to:     Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2006-FLX1, Mortgage Pass-Through Certificates Series 2006-FLX1
By:              Mortgage Electronic Registration Systems, Inc., as nominee for IndyMac Bank, FSB, a Federally Chartered Savings Bank, its successors and assigns
By Assignment Recorded:  October 10, 2018
As Instrument No.:       2018-0401195, of Official Records

A Substitution of Trustee which names Western Progressive, LLC as trustee, recorded October 18, 2019, as Instrument No. 2019-0419618, of Official Records.

9. Deed of Trust (With Future Advance Clause) to secure an indebtedness in the amount shown below, and any other obligations secured thereby:

Amount:          $129,000.00
Dated:           October 10, 2006
Trustor:         Jean Baranowski, a Married Woman as her Sole and Separate Property
Trustee:         First American Title Insurance Co.
Beneficiary: NONE
Lender:          Indymac Bank, F.S.B., A Federally Chartered Savings Bank
Recorded:        October 20, 2006
Instrument No.:  2006-0774014, of Official Records

WFG Form No. 3174406
CLTA Guarantee Form No. 22 (06-05-14) – Trustee's Sale Guarantee
Revised 1-07-2017

EXHIBIT 1 (B)

## I. <u>INTRODUCTION</u>

Plaintiff/Appellant JEAN BARANOWSKI ("Appellant") appeals from a Judgment of Dismissal, entered on February 21, 2024, sustaining the demurrer filed by Defendant/Respondent ABUNDANT INVESTMENTS, LLC ("Respondent") to Appellant's First Amended Complaint without leave to amend. It appears that Appellant's entire argument comes down to the conclusion that Respondent did not have the authority to foreclose on the subject real property due to a purported break in the chain of title. However, there is no factual underpinning to Appellant's claims, just speculation and innuendo, which are contradicted by judicially noticeable documents. Indeed, Respondent is the holder of the original Junior Note and beneficiary under the Junior Deed of Trust, pursuant to an assignment recorded on February 2, 2021. Therefore, the Trial Court properly sustained the Demurrer without leave to amend because: (1) all of Appellant's causes of action against Respondent are fatally defective and fail as a matter of well-settled law, and (2) Appellant failed to meet her burden of demonstrating in what manner she even *could have* amended her first amended complaint and how that amendment would have changed the legal effect of her pleading. Appellant has no basis to reverse the Trial Court's rulings. As a result, the Trial Court's ruling should be affirmed.

## II. <u>STATEMENT OF THE CASE</u>

Appellant filed the initial complaint in the underlying case on April

nent received by the CA 4th District Court of Appeal Division 2.



DOC # 2023-0005485
01/09/2023 12:16 PM Fees: $99.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: MARIA VICTORIA #411

WFG National-Default Services
RECORDING REQUESTED BY:

ZBS LAW, LLP

AND WHEN RECORDED MAIL TO:
ZBS Law, LLP
30 Corporate Park, Suite 450 ,
Irvine, CA 92606

2238240 CMO

TS No.: 22003361-1 CA                                        APN: 624-400-025

# SUBSTITUTION OF TRUSTEE

    **WHEREAS**, JEAN BARANOWSKI, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY was the original Trustor(s). FIRST AMERICAN TITLE INSURANCE CO. was the original Trustee, and  INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED SAVINGS BANK was the original Beneficiary under that certain Deed of Trust dated 10/10/2006 and recorded on 10/20/2006 as Instrument Number 2006-0774014, re-recorded on 07/31/2007, as Instrument Number 2007-0495552 of Official Records of Riverside County, California; and

    **WHEREAS**, the undersigned is the present Beneficiary under said Deed of Trust, and

    **WHEREAS**, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

    **NOW, THEREFORE**, the undersigned hereby substitutes **ZBS LAW, LLP, 30 Corporate Park, Suite 450 , , Irvine, CA 92606** as Trustee under said Deed of Trust.  Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated: 12/27/2022

                        Abundant Investments LLC

                        By: _____

                        Melissa M Bolling, President
                        Allied Servicing Corporation, its attorney-in-fact

---

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

State of Washington

County of Spokane

On 12-27-2022  before me, James W Montgomery, Notary Public, personally appeared Melissa M Bolling, who proved to me on the basis of satisfactory evidence  to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Washington that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

| Notary Public |
| --- |
| State of Washington |
| JAMES W MONTGOMERY |
| My Commission Expires June 1, 2023 |
| License # 95191 |

A(4)

# TRUSTEE'S DEED UPON SALE

TS#22003361-1 CA
ORDER#2238240CAD

Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with.  Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on **10/10/2023**. Grantee, being the highest bidder became the purchaser of said property for the amount bid, being **$294,000.00**, in lawful money of the United States, in pro per, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **ZBS LAW, LLP**, as Trustee, has this day, caused its name to be hereunto.

Date: **11/29/2023**

ZBS LAW, LLP

By: Geoffrey Neal, Trustee Sale Officer

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California
County of Orange

On **11/29/2023** before me, **M. Cesena, Notary Public** personally appeared **Geoffrey Neal** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

M. Cesena, Notary Public

M. CESENA
Notary Public - California
Orange County
Commission # 2373910
My Comm. Expires Sep 5, 2025

(Seal)

4 (A)

**2023-0363066**

RECORDING REQUESTED BY:

AND WHEN RECORDED TO:
Taurean Eugene Wright
107 CACHANILLA COURT
PALM DESERT, CA 92260

Forward Tax Statements to Address Above

12/06/2023 12:28 PM Fee: $ 27.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

TRA: 18      #2102

TS #: 22003361-1 CA                          Order #: 2238240CAD
TRA : 18

# TRUSTEE'S DEED UPON SALE

A.P.N.: 624-400-025          Transfer Tax: $ 323.40

"THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE, SECTION 480.3"

The Grantee Herein **WAS NOT** the Foreclosing Beneficiary. *Grantee's affidavit or declaration in compliance with Civil Code §2924m(d) is attached as an exhibit hereto.*
The Amount of The Unpaid Debt was: **$293,948.31**
The Amount Paid by the Grantee was: **$294,000.00**
Said Property is in the City of **PALM DESERT** County of **Riverside**

**ZBS LAW, LLP**, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to **Taurean Eugene Wright** (herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of **Riverside**, State of **CALIFORNIA**, described as follows:

**Lot 25 of Tract 28590-1, in the City of Palm Desert, County of Riverside, State of California, as per map recorded in Book 297, pages 13 through 15, inclusive of Maps, in the office of the county recorder of said county.**

Property Address: **107 CACHANILLA COURT, PALM DESERT, CA 92260**

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **JEAN BARANOWSKI, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY** as Trustor, dated **10/10/2006** of the Official Records in the office of the Recorder of **Riverside**, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded on **10/20/2006**, as Instrument No. **2006-0774014** re-recorded on **07/31/2007**, as Instrument No. **2007-0495552**, of Official Records of **Riverside** County, **California**;

4(B)

# EXHIBIT "B"



PHH MORTGAGE

PHH Mortgage Services |PO BOX 24738
West Palm Beach FL 33416

10/16/25 11 10 AM 88 0040479 20251016 P50111-08 1041 1_1OZ DOM P501110000 1041 PHMS

JEAN BARANOWSKI
78365 HIGHWAY 111 PMB 123
LA QUINTA CA 92253-2071

**To obtain information about your account:**
**Website:** www.PHHMortgage.com
**Phone:** 1-877-744-2506
**Hours: Monday through Friday 8:00AM to 9:00PM ET and Saturday 8:00AM to 5:00PM ET**
**Email:** CustomerCare@MortgageFamily.com
**Fax:** 1-856-917-8300

| | |
|---|---|
| Account Number: | 7192395981 |
| Payment Date: | 11/1/2025 |
| Payment Amount | $19,446.30 |

**Monthly mortgage statement dated: October 16, 2025**

## Bankruptcy Message

**Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.**

If your bankruptcy plan requires you to send regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

**To stop receiving statements, write to us at:**
**PHH Mortgage Services**
**PO Box 24736**
**West Palm Beach, FL 33416**

## Account Information

| | |
|---|---|
| Property Address | 107 CACHANILLA CT PALM DESERT, CA 92260-3159 |
| Outstanding Balance (not payoff amount) | $565,190.18 |
| Principal Balance (interest bearing) | $508,442.16 |
| Deferred Balance (non-interest bearing) | $56,748.02 |
| Current Interest Rate | 3.7500 % |
| Prepayment Penalty | No |
| Escrow Balance | -$32,888.53 |
| Suspense Balance | $3,932.08 |
| Maturity Date | 10/1/2036 |

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $1,054.15 | $3,152.62 |
| Interest | $1,592.18 | $4,786.37 |
| Escrow (Taxes and/or Insurance) | $1,059.57 | $3,037.45 |
| Fees | $0.00 | $0.00 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $183.36 | $3,932.08 |
| **Total** | **$3,889.26** | **$14,908.52** |

## Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| **Principal** | $1,168.48 |
| **Interest** | $1,477.85 |
| **Escrow (Taxes and/or Insurance)** | $1,242.93 |
| **Optional Products/Other** | $0.00 |
| **Regular Monthly Payment** | **$3,889.26** |
| **Total New Fees and Charges** | $0.00 |
| **Outstanding Unpaid Fees, Returned Item Charges and Shortages** | $0.00 |
| **Past Unpaid Amount** | $15,557.04 |
| **Total Payment Amount** | **$19,446.30** |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy.*

## Important Messages

**We have not received all of your mortgage payments due since you filed for bankruptcy.** This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.

The Total Amount shown above does not include any stipulated payment(s) from any Agreed or Consent Order entered by the bankruptcy court. Please refer to the Order or contact your attorney to determine any stipulated payment amount(s) and terms.

*Partial Payments: Any partial payments listed here are not applied to your account, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your account.

Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.

## Transaction Activity

| Posted Date | Received/ Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Fees & Shortages ($) | Suspense & Other ($) | Optional Products ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| 10/14 | 10/10 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $3,889.26 | $0.00 | $3,889.26 |
| 10/15 | 10/10 | Payment | $1,054.15 | $1,592.18 | $1,059.57 | $0.00 | -$3,705.90 | $0.00 | $0.00 |

If you are making a payment, make the check payable to PHH Mortgage Services.

**Account Number: 7192395981**
JEAN BARANOWSKI

| | |
|---|---|
| **Payment Date** | **11/1/2025** |
| **Regular Monthly Payment** | **$3,889.26** |
| **Total New Fees and Charges** | **$0.00** |
| **Outstanding Unpaid Fees, Returned Item Charges and Shortages** | **$0.00** |
| **Past Unpaid Amount** | **$15,557.04** |
| **Total Payment Amount** | **$19,446.30** |

**Total check enclosed** $_____________

PHH Mortgage Services
ATTN:SV 19
PO BOX 24781
WEST PALM BEACH FL 33416-4781

99 954 7192395981 0000402155 0000388926 6

*SALES OF ... CREDIT SCORE* (handwritten)

Personalize

## Today



**562**
TransUnion
- 43 pts • Needs Work
Checked daily

**596**
Equifax
- 45 pts • Needs Work
Checked daily

New   Daily score checks from Equifax

Scores calculated using VantageScore 3.0

## Increase your credit limit

Legal Disclosure



**with Outstanding Approval Odds***

A new card will raise your total credit limit. Keep your balances low, pay on time and your scores could go up.



Today   Credit   Cards   Loans   Money

B (handwritten)

← Back to Accounts



You have missed a payment on this account.

# PHH MORT SVC

Last reported Nov 10, 2025

## $657,048
Reported balance

**Highest balance** $645,000

You've paid off -2% of this loan

**Checking for errors?** Review your full report details. If you find any issues, we can help.

## OVERVIEW

Highest balance $645,000

Monthly payment $3,705

Opened (19 yrs, 4 mos)

Term 360 months (30 years)

## PAYMENT HISTORY

You've made **29%** of payments on time





**MORTGAGE**

PHH Mortgage Services | PO Box 24738
West Palm Beach FL 33416

Tel: 1-877-744-2506
Fax: 1-856-917-8300

0-814-DPT23-0000290-001-01-000-000-000-000



JEAN BARANOWSKI
78365 HIGHWAY 111 PMB 123
LA QUINTA CA 92253-2071

**Property Address:**
107 Cachanilla CT
Palm Desert CA 92260-3159

Account Number: 7192395981

July 23, 2025

**Payment Returned Unpaid**

Dear Customer(s),

**(?) Why We Are Sending This Letter**

This letter is to inform you that a recent payment has been returned from your banking authority for the reason stated below:

**Insufficient funds**

**✓ What Needs To Be Done**

If these funds represent the mortgage payment, please forward replacement funds to:

| Regular Mail | Overnight Mail |
|---|---|
| PHH Mortgage Services PO Box 660093 Dallas, TX 75266-0093 | PHH Mortgage Services 3000 Kellway Dr. Ste 120 Carrollton, TX 75006 |

Please be sure to include the account number on any check. This will replace the payment that was returned. Replacement payments received after the grace period may be subject to a late fee as provided by the Note and Mortgage and in accordance with applicable law. Information about additional payment options is also available on our website at www.PHHMortgage.com or by calling us at 1-877-744-2506.

**What We Will Do**

The payment return could be subject to a return item fee up to $50.00, except where prohibited by law. Please note, if the account has 3 or more returned payments within a 12 month period, certified funds will be required for payments made over the next 6 months.

NMLS: 2726                  www.PHHMortgage.com                  CC001

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.*

Page 1

TAUREEN

BK 1114 PG 0279

FILED
WARREN COUNTY NC
YVONNE D. ALSTON
REGISTER OF DEEDS

| | |
|---|---|
| FILED | Nov 02, 2022 |
| AT | 02:32:16 pm |
| BOOK | 01114 |
| START PAGE | 0279 |
| END PAGE | 0280 |
| INSTRUMENT # | 03320 |
| EXCISE TAX | $36.00 |
| WRJ | |

## NORTH CAROLINA
## GENERAL WARRANTY DEED

Excise Tax: **$36.00**                                    Recording Time, Book and Page

Tax Map No.  C5-A16                                       Parcel Identifier No.

Mail after recording to: Lori A. Renn, Attorney at Law, 409 Young Street, Henderson, N.C. 27536

This instrument was prepared by: Lori A. Renn, a N.C. licensed attorney

Brief Description for the Index: 5.62 Acres Mustian Road

**THIS DEED** made this __2nd__ day of November, 2022 by and between

### GRANTOR

Glenn Douglas Fields, unmarried
P. O. Box 29
Norlina, N. C. 27563

### GRANTEE

Taurean Jermaine Wright, unmarried
9066 Robert Morgan Rd.
Bullock, N. C. 27507

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

**WITNESSETH**, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of _____, Warrenton Township, Warren County, North Carolina and more particularly described as follows:

That 5.62 acre parcel of land shown and designated as Lot 16A on that plat entitled "Survey for Glenn Douglas Fields", dated June 24, 2021, and prepared by Bobbitt Surveying, Professional Land Surveyor, recorded in the office of the Register of Deeds of Warren County, North Carolina in Plat Cabinet 1, Slide 363, Plat 16.

THAUREAN
ASSET NOT
DESCRIBE

T-1

BK 1114 PG 0280

All or a portion of the property hereinabove described was acquired by Grantor by instrument recorded in Book **1097**, Page **691**, Warren County Registry.

A map showing the above described property is recorded in **Plat Cabinet 1, Slide 363, Plat 16**, Warren County Registry.

The above described property ☐ does  ☒ does not include the primary residence of the Grantor.

**TO HAVE AND TO HOLD** the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.

Title to the property hereinabove described is subject to the following exceptions:

    a.  Existing rights of way for roadways and public utilities of record.
    b.  Building setbacks, easements, rights of way and all other matters as appear on plat recorded in **Plat Cabinet 1, Slide 363, Plat 16**, Warren County Registry.

**IN WITNESS WHEREOF**, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officer(s), the day and year first above written.

_____    _Glenn Douglas Fields_____ (SEAL)
                                                                    **Glenn Douglas Fields**

(ENTITY NAME)

                                                                    _____ (SEAL)
By: _____
    Title: _____

**STATE OF NORTH CAROLINA**

**COUNTY OF VANCE**

I, Sandra K. Clark, a notary public, certify that **Glenn Douglas Fields** personally came before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed.  Witness my hand and official seal, this 2nd day of November, 2022.

My Commission Expires: 05/24/2023          _Sandra K. Clark_____
                                                                    Notary Public

SANDRA K CLARK
NOTARY
PUBLIC
VANCE COUNTY, NC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

78365 Highway 111, #123, La Quinta, CA 92253

A true and correct copy of the foregoing document entitled (*specify*): MOTION TO REMOVE REAL PROPERTY AND
MORTGAGE FROM CHAPTER 13 BANKRUPTCY TAUREEN WRIGHT

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/05/2025_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Benjamin Heston
bhestonecf@gmail.com; benheston@recap.email; NexusBankruptcy@jubileebk.net

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __12/05/2025_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/05/2025 | William Baranowski | [signature] |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**