# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

Tuesday, December 9, 2025      Hearing Room   302

1:30 PM
6:25-11843    Taurean E Wright      Chapter 13

Telephonic Hearing

#98.00    CONT'D Confirmation of Chapter 13 Plan

FR. 5/27/25; 6/10/25; 7/15/25; 8/26/25; 10/7/25

Susan Luong to appear by telephone (626)616-5008 ✓ *debtor*
Benjamin Heston to appear by telephone (949)312-1377 ✓ *Deutsche Bank*
Keith Higginbotham to appear by telephone (213)840-7800 ✓ *creditor*
Jean Baranowski to appear by telephone (760)333-7499 ✓

Docket    64

**Matter Notes:**

**Consent Calendar**

( ) **Confirmed** per trustee's recommendation - Plan provisions: % to pay _____

Duration _____

Payment $_____

( ) **Continued** to _____ at 1:30 p.m.

    **341(a)** _____ at 9:00 a.m.

( ) **Objection** to plan: ( ) Withdrawn    ( ) Sustained    ( ) Overruled

(✓) **Case Dismissed**

     (✓) without prejudice    ( ) Under § 109(g)

     ( ) if conversion to chapter 7 not filed and fee paid within 10 days

# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, December 9, 2025**            **Hearing Room**    **302**

**1:30 PM**
**CONT...**    **Taurean E Wright**                                   **Chapter 13**
    **Tentative Ruling:**

      - NONE LISTED -

### Party Information

**Debtor(s):**

    Taurean E Wright                       Represented By
                                               Benjamin Heston

**Trustee(s):**

    Rod Danielson (TR)                   Pro Se