United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-11843-SY |
| Taurean E Wright | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 11, 2025 | Form ID: van150 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Taurean E Wright, 107 Cachanilla Ct, Palm Desert, CA 92260-3159 |
| cr | + | Jean Baranowski, 78-365 Highway 111 Ste 123, La Quinta, CA 92253-2071 |
| 42491816 | | JEAN BARANOWSKI, 78-365 HIGHWAY 111 #123, LA QUINTA, CA 92253-2071 |
| 42396001 | | SunPower, PO Box 91910, Sioux Falls, SD 57109-1910 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: CALTAX.COM | Dec 12 2025 06:03:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Dec 12 2025 06:03:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 12 2025 01:08:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 42395987 | | EDI: MAXMSAIDV | Dec 12 2025 06:03:00 | Aidvantage / Department of Education, PO Box 300001, Greenville, TX 75403-3001 |
| 42535915 | | EDI: MAXMSAIDV | Dec 12 2025 06:03:00 | Aidvantage on behalf of, Dept of Ed Loan Services, P.O. Box 300001, Greenville, TX 75403-3001 |
| 42395988 | | Email/PDF: MarletteBKNotifications@resurgent.com | Dec 12 2025 01:18:03 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 42395989 | | EDI: CAPITALONE.COM | Dec 12 2025 06:03:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42395990 | | EDI: CAPONEAUTO.COM | Dec 12 2025 06:03:00 | Capital One Auto Finance, PO Box 60511, City Industry, CA 91716-0511 |
| 42493054 | | EDI: CAPITALONE.COM | Dec 12 2025 06:03:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 42395991 | ^ | MEBN | Dec 12 2025 01:04:27 | Cherry Technology, 2261 Market St Pmb 4869, San Francisco, CA 94114-1612 |
| 42395992 | | EDI: CITICORP | Dec 12 2025 06:03:00 | Citibank / Macys, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 42395993 | | EDI: WFNNB.COM | Dec 12 2025 06:03:00 | Comenity Capital / Big O Tires, PO Box 183003, Columbus, OH 43218-3003 |
| 42395994 | | EDI: WFNNB.COM | Dec 12 2025 06:03:00 | Comenity Capital / Saks 5th Ave, PO Box 183003, Columbus, OH 43218-3003 |

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2025 | Form ID: van150 | Total Noticed: 31 |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| 42395995 | EDI: WFNNB.COM | Dec 12 2025 06:03:00 | Comenity Capital / Victorias Secret, PO Box 182273, Columbus, OH 43218-2273 |
| 42521585 | EDI: IRS.COM | Dec 12 2025 06:03:00 | Department of Treasure -Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 42395996 | EDI: EDD.COM | Dec 12 2025 06:03:00 | Employment Development Dept., Bankruptcy Group MIC 92E, Po Box 826880, Sacramento, CA 94280-0001 |
| 42395997 | EDI: CALTAX.COM | Dec 12 2025 06:03:00 | Franchise Tax Board, Personal Bankruptcy MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 42395998 | EDI: LCIICSYSTEM | Dec 12 2025 06:03:00 | IC System, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 42480722 | EDI: JEFFERSONCAP.COM | Dec 12 2025 06:03:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 42446783 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2025 01:18:04 | LVNV Funding, LLC- Resurgent Capital Services, LP, PO Box 10587, Greenville, SC 29603-0587 |
| 42396000 | ^ MEBN | Dec 12 2025 01:05:02 | PHH Mortgage, PO Box 371458, Pittsburgh, PA 15250-7458 |
| 42495515 | EDI: LCIPHHMRGT | Dec 12 2025 06:03:00 | PHH Mortgage Corporation, Bankruptcy Department-P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 42488986 | EDI: Q3G.COM | Dec 12 2025 06:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 42473240 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2025 01:16:51 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 42396002 | EDI: SYNC | Dec 12 2025 06:03:00 | Synchrony / TJX, Po Box 71737, Philadelphia, PA 19176-1737 |
| 42396003 | EDI: SYNC | Dec 12 2025 06:03:00 | Synchrony / Venmo, PO Box 71737, Philadelphia, PA 19176-1737 |
| 42396004 | Email/Text: bnc@nordstrom.com | Dec 12 2025 01:08:04 | TD Bank / Nordstrom, PO Box 6555, Englewood, CO 80155-6555 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | Deutsche Bank National Trust Company As Trustee Fo |
| smg | * | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 42395999 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2025  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Taurean E Wright bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Dane W Exnowski | on behalf of Creditor Deutsche Bank National Trust Company As Trustee For INDYMAC INDX Mortgage Loan Trust 2006-FLX1 Mortgage Pass-Through Certificates Series 2006-FLX1 dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| David Coats | on behalf of Creditor Deutsche Bank National Trust Company dacoats@raslg.com |
| David Coats | on behalf of Creditor Deutsche Bank National Trust Company As Trustee For INDYMAC INDX Mortgage Loan Trust 2006-FLX1 Mortgage Pass-Through Certificates Series 2006-FLX1 dacoats@raslg.com |
| Joseph C Delmotte | on behalf of Creditor Deutsche Bank National Trust Company As Trustee For INDYMAC INDX Mortgage Loan Trust 2006-FLX1 Mortgage Pass-Through Certificates Series 2006-FLX1 ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Sean C Ferry | on behalf of Creditor Deutsche Bank National Trust Company sferry@raslg.com sean.ferry7@ecf.courtdrive.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 10

**United States Bankruptcy Court**
**Central District of California**

3420 Twelfth Street, Riverside, CA 92501−3819

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Taurean E Wright

**BANKRUPTCY NO.**  6:25−bk−11843−SY

**CHAPTER**  13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):  xxx−xx−1699
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 12/11/25

**Address:**
107 Cachanilla Ct
Palm Desert, CA 92260−3159

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: December 11, 2025

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van150−od13a Rev. 06/2017

**89 / SM6**