United States Bankruptcy Court

Central District of California

In re:                                                                                          Case No. 25-11843-SY

Taurean E Wright                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                          User: admin                                      Page 1 of 2

Date Rcvd: Jan 22, 2026                   Form ID: pdf042                              Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Taurean E Wright, 107 Cachanilla Ct, Palm Desert, CA 92260-3159 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2026                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Taurean E Wright bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Dane W Exnowski | on behalf of Creditor Deutsche Bank National Trust Company As Trustee For INDYMAC INDX Mortgage Loan Trust 2006-FLX1  Mortgage Pass-Through Certificates Series 2006-FLX1 dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| David Coats | on behalf of Creditor Deutsche Bank National Trust Company dacoats@raslg.com |
| David Coats | on behalf of Creditor Deutsche Bank National Trust Company As Trustee For INDYMAC INDX Mortgage Loan Trust 2006-FLX1  Mortgage Pass-Through Certificates Series 2006-FLX1 dacoats@raslg.com |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Joseph C Delmotte | |

District/off: 0973-6
Date Rcvd: Jan 22, 2026

User: admin
Form ID: pdf042

Page 2 of 2
Total Noticed: 1

on behalf of Creditor Deutsche Bank National Trust Company As Trustee For INDYMAC INDX Mortgage Loan Trust 2006-FLX1 Mortgage Pass-Through Certificates Series 2006-FLX1 ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com

Rod Danielson (TR)
notice-efile@rodan13.com

Sean C Ferry
on behalf of Creditor Deutsche Bank National Trust Company sferry@raslg.com  sean.ferry7@ecf.courtdrive.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

TOTAL: 10

Attorney or Party Name, Address, Telephone & FAX
Numbers, State Bar Number & Email Address

Benjamin Heston (297798)
NEXUS BANKRUPTCY
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

FOR COURT USE ONLY

FILED & ENTERED

JAN 22 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

☐ Chapter 13 Trustee
☒ Attorney for: Debtor

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

In re:

TAUREAN E WRIGHT,

CASE NUMBER: 6:25-bk-11843-SY

CHAPTER: 13

**ORDER ☒ GRANTING   ☐ DENYING
APPLICATION OF ATTORNEY FOR DEBTOR
FOR ALLOWANCE OF FEES AND
EXPENSES FOLLOWING DISMISSAL OR
CONVERSION OF CHAPTER 13 CASE
SUBJECT TO A RIGHTS AND
RESPONSIBILITIES AGREEMENT**

☒ No hearing held
☐ Hearing held

DATE:
TIME:
COURTROOM:
ADDRESS:

Debtor(s).

Based on the Application for Allowance of Fees and Expenses Following Dismissal or Conversion of Chapter 13 Case Subject to a Rights and Responsibilities Agreement (Application) filed on *(date)* 12/19/2025 as docket number 91, the court orders as follows:

1. ☒ The Application is granted and the Attorney for Debtor is allowed the sum of $8,675 as compensation for Additional Services and the sum of  $0  in expenses related to Additional Services referred to in the Application, and the Chapter 13 Trustee is directed to pay the unpaid balance of $8,675 from the estate of Debtor as funds permit.

2. ☐ The Application is set for hearing on: *(date)* _____ at *(time)* _____.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 1                    **F 3015-1.19.ORDER.CH13.FEES.DMCON**

3.  ☐  The Attorney for Debtor must file and serve appropriate notice of the hearing on Debtor and the Chapter 13 Trustee.

4.  ☐  The Application is denied.

5.  ☐  Other (specify):

                                        ###

Date: January 22, 2026

Scott H. Yun
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                              Page 2                    **F 3015-1.19.ORDER.CH13.FEES.DMCON**