# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, February 4, 2026**  Hearing Room  **302**

9:30 AM
**6:25-11843    Taurean E Wright**    Chapter 13

Telephonic Hearing

#8.00    CONT'D Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 107 Cachanilla Court, Palm Desert, CA 92260

**Case dismissed 12/9/25 at the confirmation hearing**

FR. 11/19/25

*Movant*

**Wendy Locke to appear by telephone (916)760-3723**

Docket    75

**Matter Notes:**

GRANTED: _____    DENIED: _____

APO: _____

CONT'D. TO: _____

WITHDRAWN: ✓

ORDER LODGED BY: _____

**Tentative Ruling:**

The case has been dismissed. Does the movant still seek relief from stay?

**Party Information**

**Debtor(s):**

Taurean E Wright    Represented By
                    Benjamin Heston

**Movant(s):**

Deutsche Bank National Trust    Represented By