☐ Recording requested by a return to:

JEAN BARANOWSKI
78365 HIGHWAY 111 #123,
LA QUINTA, CA 92253

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

In re: TAUREAN E. WRIGHT                       Debtor

vs.

Plaintiff

Defendant

FOR COURT USE ONLY

CASE NUMBER 6:25-bk-11843-SY

ADVERSARY NUMBER

# ABSTRACT OF JUDGMENT

The Judgment Creditor applies for an abstract of judgment and represents:

1.  The Judgment Debtor's:

    a.  Name and address  TAUREAN E WRIGHT
        107 CACHANILLA COURT
        PALM DESERT, CA 92260

        ☐ Address Unknown

    b.  Driver's License No. _____ ☒ Unknown

    c.  Social Security No. _____ ☒ Unknown

2.  The Summons was personally served at, or mail to (address):
    N/A (JUDGEMENT/ORDER ENTERED IN BANKRUPTCY PROCEEDINGS)

3.  ☐ Information regarding additional judgment debtors is shown on reverse side.

Dated: MAY 15, 2026                       _Jean Baranowski_
                                          (Signature of Judgment Creditor or Attorney)

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re                              (SHORT TITLE) | CHAPTER __13__ |
|---|---|
| TAUREAN E. WRIGHT                      Debtor(s). | ADVERSARY NO.: _____ |

4.  I certify that in the above-entitled action and Court, Judgment was entered on SEPTEMBER 10, 2025.

in favor of _JEAN BARANOWSKI_ and against _TAUREAN E. WRIGHT_

for    $ _83,915.00_         Principal,

       $ _0.00_             Interest,

       $ _0.00_             Attorney's Fees, and

       $ _0.00_             Costs.

A lien in favor of a judgment creditor is:

☒  not endorsed on the judgment.

☐  endorsed on the judgment as follows:

1.   Amount $ _____

2.   In favor of (name) _____

A stay of execution has:

☒  not been ordered by the Court.

☐  been ordered by the Court effective until (date): _____

Attested this ____21___ (SEAL) ____ day of _May, 2026_.

**KATHLEEN J. CAMPBELL**
KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: _____
                                    Deputy Clerk

Information regarding additional judgment debtors:

_____

_____

_____

_____

*Revised February 2010*

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

NEXUS BANKRUPTCY
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

☐ Debtor(s) appearing without attorney
☒ Attorney for: Debtor

FOR COURT USE ONLY

**FILED & ENTERED**

**SEP 10 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA -RIVERSIDE DIVISION

In re:

TAUREAN E WRIGHT,

Debtor(s).

CASE NO.: 6:25-bk-11843-SY

CHAPTER: 13

### ORDER ON OBJECTIONS TO CLAIMS

DATE: August 26, 2025
TIME: 1:30 PM
COURTROOM: 302
PLACE: 3420 Twelfth Street
Riverside, CA 92501

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

*(NOTES FOR USE OF THIS FORM: List claims in ascending numerical order based upon the clerk's claim number. Use a separate box below for each claim. Attach as many continuation pages as are necessary.)*

///

///

///

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                    Page 1                    F 3007-1.1.ORDER.OBJ.CLAIM

**Certified true copy by the Clerk of Court on April 13, 2026.**

*Kathleen J. Campbell, Clerk Of Court*

Calendar Number: 41                Claim Number: 9                Claim Amount: $533,915.00

Claimant Name: Jean Baranowski

☐ Disallowed   ☒ Allowed      ☒ Unsecured: $83,915        ☐ Priority: $

Comments: The claim is allowed in part and disallowed in part. The claim for past due rent is allowed in the amount of $83,915. All other amounts claimed by the creditor are disallowed.

###

Date: September 10, 2025

Scott H. Yun
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                          Page 2                    F 3007-1.1.ORDER.OBJ.CLAIM

Certified true copy by the Clerk of Court on April 13, 2026.

Kathleen J. Campbell, Clerk Of Court